Bryan T. Glover, WSBA No. 51045
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
E-mail: bryan.glover@stoel.com

*Withdrawing Attorney for Bank of Eastern Washington*

The Honorable Frederick P. Corbit
Chapter 11
Objection Deadline: October 11, 2019
Hearing Date/Time: TBD if objection filed

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>R & R TRUCKING, INC.,<br><br>Debtor. | Bankruptcy No. 19-00473-FPC11<br><br>MOTION TO WITHDRAW AS COUNSEL FOR BANK OF EASTERN WASHINGTON |

Bryan T. Glover of Stoel Rives LLP, moves the Court for an Order Granting Motion to Withdraw as Counsel for Bank of Eastern Washington pursuant to Local Rule 9010-1(b)(5)(A). Good cause exists because Bank of Eastern Washington continues to be represented by Todd Reuter at Foster Pepper PLLC.

For these reasons, counsel respectfully requests the Court enter an order granting leave with withdraw as counsel for Bank of Eastern Washington. A proposed order is submitted herewith.

DATED: September 27, 2019.

STOEL RIVES LLP

*/s/ Bryan T. Glover*
Bryan T. Glover, WSBA No. 51045

*Withdrawing Attorney for Bank of Eastern Washington*

MOTION TO WITHDRAW AS COUNSEL FOR
BANK OF EASTERN WASHINGTON - 1

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

103465103.1 0205626-00001

19-00473-FPC11    Doc 74    Filed 09/27/19    Entered 09/27/19 15:29:08    Pg 1 of 1