William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>R & R TRUCKING, INC., and RICARDO AND ROSA CANTU,<br><br>Debtors. | Lead Case No.  19-00473-FPC11<br>Jointly Administered<br><br>MOTION TO APPROVE ADEQUATE PROTECTION AGREEMENT AND NOTICE THEREOF |

Come now the debtors, by and through their attorney William L. Hames of Hames, Anderson, Whitlow & O'Leary, P.S., and move the above-entitled court for an order approving the Stipulated Adequate Protection Agreement for payments to Volvo Financial Services, a division of VFS US, LLC ("Volvo").  The Stipulated Adequate Protection Agreement (the "Agreement") is attached to the Declaration of William L. Hames.

The cash collateral order in this case was approved on June 3, 2019 (ECF 58). Volvo is identified as a cash collateral creditor in the cash collateral motion and order. Debtors borrowed $348,748.00 to purchase Volvo tractors.  Volvo perfected its interest as it is listed on the Certificates of Title for each vehicle.  Debtors are in default and have not made payments since filing.  The cash collateral order in this matter indicates

MOTION TO APPROVE ADEQUATE PROTECTION AGREEMENT AND NOTICE THEREOF - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

19-00473-FPC11    Doc 96    Filed 01/24/20    Entered 01/24/20 11:34:46    Pg 1 of 2

that Debtors may use cash collateral to make payments to creditors if there is a court-approved Adequate Protection Agreement.

This motion is to approve the Stipulated Adequate Protection Agreement. The Agreement calls for Debtor to make $3,000 per month payments to Volvo commencing upon entry of the Order Approving the Stipulated Adequate Protection Agreement. Debtors are currently using the equipment purchased from Volvo and adequate protection is required under 11 U.S.C. § 362.

### NOTICE

**IF YOU OBJECT TO THE RELIEF REQUESTED ABOVE, YOU MUST FILE A WRITTEN OBJECTION WITH THE CLERK OF THE ABOVE-ENTITLED COURT AND REQUEST A HEARING AT PO BOX 2164, W. 904 RIVERSIDE, ROOM 321, SPOKANE, WASHINGTON 99210, ON OR BEFORE 24 DAYS (21 DAYS PLUS 3 DAYS FOR MAILING) FROM THE DATE OF THIS NOTICE AND SERVE A COPY ON THE UNDERSIGNED AT 601 W. KENNEWICK AVENUE, PO. BOX 5498, KENNEWICK, WASHINGTON 99336; AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE, NORTH 221 WALL STREET #538, SPOKANE, WA 99201.**

**SHOULD YOU FAIL TO OBJECT AS SET FORTH ABOVE, PLEASE FURTHER BE ADVISED THAT THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

DATED this 24th day of January 2020.

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Debtors

BY: /s/ William L. Hames
WILLIAM L. HAMES, WSBA #12193

MOTION TO APPROVE ADEQUATE PROTECTION AGREEMENT AND NOTICE THEREOF - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

19-00473-FPC11    Doc 96    Filed 01/24/20    Entered 01/24/20 11:34:46    Pg 2 of 2