William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

R & R TRUCKING, INC. and RICARDO AND ROSA CANTU,

    Debtors/Debtors in Possession.

Lead Case No. 19-00473-FPC11
Jointly Administered

CERTIFICATION OF SERVICE

I, Mecqué M. Hess, I am a legal assistant in the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for Debtor. I am a United States Citizen over the age of eighteen years and have personal knowledge of the facts contained in this declaration:

I served a true and correct copy of a *Monthly Operating Report for Ricardo and Rosa Cantu for the Month of June 2020* by email via PACER on August 6, 2020, to:

    US Trustee: USTP.REGION18.SP.ECF@usdoj.gov

    James D. Perkins: james.perkins@usdoj.gov

    Lesley D. Bohleber: ecfwaeb@aldridgepite.com, llueke@ecf.inforuptcy.com

    Joshua J. Busey: joshua.busey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com, brooke.maloney.bblawfirm@gmail.com

    David W. Criswell: criswelld@lanepowell.com, docketing-PDX@lanepowell.com, holleym@lanepowell.com

CERTIFICATION OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

Jed W. Morris:  jmorris@lukins.com, dskobalski@lukins.com

Karen K. Orehoski:  karen@bgotrial.com, heather@bgotrial.com, joe@bgotrial.com

Todd Reuter:  todd.reuter@foster.com, millp@foster.com

Dina L. Yunker Frank:  BCUYunker@atg.wa.gov, dinay@ATG.WA.GOV

and to:

Megan M. Adeyemo
Gordon & Rees LLP
2200 Ross Avenue
Suite 4100 West
Dallas, TX 75201

by depositing a copy in the United States Mail Post Office on August 6, 2020, properly addressed and sealed, with sufficient postage thereon to carry it through the mails.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 6th day of August 2020.

/s/ Mecqué M. Hess
Mecqué M. Hess

CERTIFICATION OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797 / Fax (509) 586-3674

19-00473-FPC11    Doc 149    Filed 08/06/20    Entered 08/06/20 15:41:56    Pg 2 of 2