William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. BOX 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax
billh@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>R & R TRUCKING, INC., and RICARDO CANTU AND ROSA CANTU,<br><br>Debtors. | Lead Case No. 19-00473-FPC11<br>Jointly Administered<br><br>OBJECTION TO U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT |

TO: JAMES D. PERKINS, Attorney for the United States Trustee

COME NOW the debtors in possession, by and through their attorney, William L. Hames of Hames, Anderson, Whitlow & O'Leary, and hereby object to the U.S. Trustee's Motion to Dismiss or Convert for the reason that Debtors Chapter 11 plan will be filed in the very near future.

DATED THIS _4_ day of September 2020.

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Debtors/Debtors in Possession

BY: _/s/William L. Hames_
WILLIAM L. HAMES, WSBA #12193
JOHN W. O'LEARY, WSBA # 33004

OBJECTION TO U.S. TRUSTEE'S
MOTION TO DISMISS OR CONVERT - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 152    Filed 09/04/20    Entered 09/04/20 15:29:01    Pg 1 of 1