William L. Hames, WSBA #12193
John W. O'Leary, WSBA #33004
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax
billh@hawlaw.com
johno@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>R&R TRUCKING, INC., and RICARDO CANTU AND ROSA CANTU,<br><br>Debtors. | )<br>)  Lead Case No. 19-00473-FPC11<br>)  Jointly Administered<br>)<br>)<br>)  SECOND AMENDED PLAN OF<br>)  REORGANIZATION<br>)<br>)<br>) |

## SECOND AMENDED PLAN OF REORGANIZATION

OCTOBER DECEMBER 2020

Hames, Anderson, Whitlow & O'Leary, P.S.
Bailey & Busey, PLLC

Attorneys for Debtors

By: William L. Hames
John W. O'Leary
Joshua J. Busey

AMENDED PLAN OF
REORGANIZATION - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

Debtors-In-Possession, R&R Trucking, Inc. and Ricardo and Rosa Cantu, Debtors in the above-captioned consolidated bankruptcy proceedings, hereby propose the following Plan of Reorganization (the "Plan") pursuant to Chapter 11 of the United States Bankruptcy Code.

The Disclosure Statement filed in the above-captioned proceeding has been approved by the Bankruptcy Court as providing adequate information to creditors prior to submission of the Plan to the parties in interest. **YOU ARE URGED TO READ THE DISCLOSURE STATEMENT WITH CARE IN EVALUATING THE IMPACT OF THE PLAN UPON YOUR CLAIM OR EQUITY INTERESTS.**

## ARTICLE I.

### DEFINITION OF TERMS

A term used in this Plan that is not defined below, which is used in the Bankruptcy Code, shall have the meaning ascribed in the Bankruptcy Code. The following terms shall have the meanings specified below, unless the context otherwise requires, when used in the Plan:

1.1 **"Accountant"** shall mean certified public accountant appointed by the estate and approved by the Court.

1.2 **"Administrative Expense"** shall mean those expenses described in Section 503 of the Bankruptcy Code.

1.3 **"After Notice and Hearing"** means after such notice as is appropriate in the particular circumstances and an opportunity for a hearing as is appropriate in the particular circumstances but authorizes an act without an actual hearing if such notice is given properly and if such hearing is not requested timely by a party in interest or there is sufficient time for a hearing to be commenced before such act must be done and the court authorizes such act.

1.4 **"Allowed Claim."** Any claim in the amount and the priority classification set forth in the proof of such claim that has been filed timely in the reorganization case or approved by order of the Bankruptcy Court or upon agreement of the debtors and the claimant, in the

AMENDED PLAN OF
REORGANIZATION - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

absence of such proof, as set forth in the debtors' schedules of liabilities filed in the reorganization case, unless: (i) such claim has been listed in such schedules as disputed, contingent, or unliquidated, in which case such claim shall be allowed in only such amount and in such classification as authorized by order of the Bankruptcy Court; (ii) such claim has been objected to or is objected to after confirmation, in which case such claims shall be allowed only in such amount and such classification as is authorized by order of the Bankruptcy Court; or (iii) such claim has been paid in full, withdrawn, or otherwise deemed satisfied in full.

      1.5    **"Allowed Interest."** Any equity interest in the amount and of the priority classification set forth in the proof of such equity interest that has been filed timely in the reorganization case, or in the absence of such proof as set forth in the Debtors' listings and schedules filed in the reorganization case unless: (i) such equity interest has been objected to or is objected to after confirmation, in which case such equity interest shall be allowed only in such amount and such classification as is authorized by order of the Bankruptcy Court; or (ii) such equity interest has been paid in full, withdrawn, or otherwise deemed satisfied in full or retired.

      1.6    **"Allowed Secured Claim"** shall mean an allowed claim secured by a lien, security interest or other charge against or interest in property in which the debtors have an interest to the extent of the value determined in accordance with 11 U.S.C. § 506(a). That portion of an allowed claim exceeding the value of security held therefore shall be an allowed unsecured claim.

      1.7    **"Allowed Unsecured Claim"** shall mean an allowed claim against the debtors which is not an allowed priority claim or allowed secured claim.

      1.8    **"Attorney for Debtor-In-Possession"** shall mean Hames, Anderson, Whitlow & O'Leary, and any additional or successor law office as approved by the court.

AMENDED PLAN OF
REORGANIZATION - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 198    Filed 12/14/20    Entered 12/14/20 16:56:25    Pg 3 of 30

1.9    **"Bankruptcy Code"** shall meant the Bankruptcy Code enacted November 6, 1978, as set forth in Title 11 of the United States Code, as amended thereafter.

1.10    **"Confirmation"** shall mean the date upon which the order is entered by the court confirming the Plan which becomes final and non-appealable after hearing conducted pursuant to Section 1129 of the Code.

1.11    **"Court"** shall mean the United States Bankruptcy Court for the Eastern District of Washington.

1.12    **"Claim."** Any right to payment from the debtors arising before the effective date, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or any right arising before the effective date to an equitable remedy for breach of performance if such breach gives rise to a right to payment from the debtors, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured.

1.13    **"Impaired Claim."** An impaired claim is a claim that is not receiving payment according to the original terms of repayment between the debtors and the creditor.

1.14    **"Class."** A class of claims or equity interests as defined in Article II of this Plan.

1.15    **"Confirmation."** The entry of the order of confirmation by the Bankruptcy Court.

1.16    **"Debtors."** Debtors as used herein refers collectively to R&R Trucking, Inc. and Ricardo and Rosa Cantu. R&R Trucking, Inc. is individually referred to as ("R&R") and Ricardo and Rosa Cantu are individually referred to as ("Cantu")

1.17    **"Debtors-in-Possession."** The debtors, when exercising their rights, powers, and duties under Section 1107(a) of the Bankruptcy Code in the reorganization case.

AMENDED PLAN OF
REORGANIZATION - 4

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 198    Filed 12/14/20    Entered 12/14/20 16:56:25    Pg 4 of 30

1.18　**"Disbursing Agent,"** if any, shall mean the appointed entity or individual as designated in the Plan, acting in the capacity of the Disbursing Agent under this Plan, and having such rights, powers, and duties as may be designated in the Plan, the order of confirmation or by final order of the court.

1.19　**"Disputed Claim"** shall mean a filed or scheduled claim of an alleged claimant as to which an objection has been filed by a party in interest or which has been scheduled in the schedule of liabilities filed pursuant to Section 521(1) of the Code as disputed, contingent or unliquidated.

1.20　**"Effective Date."**　The effective date of the Plan shall be the day after the order of confirmation becomes final and non-appealable within the meaning of the Bankruptcy Code.

1.21　**"Order of Confirmation."**　The order of the Bankruptcy Court confirming the Plan pursuant to Section 1129 of the Bankruptcy Code.

1.22　**"Petition Date"** shall mean the date which the debtor R&R Trucking, Inc. filed the voluntary petition for relief under Title 11 of the United States Code: March 1, 2019; and April 26, 2019 for Ricardo and Rosa Cantu.

1.23　**"Plan."**　This Plan of Reorganization in its present form or as it may be amended or modified from time to time pursuant to order of the Bankruptcy Court.

1.24　**"Reorganization of Case."** shall mean these consolidated Chapter 11 cases, which are currently pending before the Bankruptcy Court commenced by the debtors which bears the caption of this Plan.

1.25　**"Reorganized Debtor."**　Shall mean the debtors as reorganized as of the effective date pursuant to the Plan.

1.26　**"Secured Claim."**　A claim secured by a lien, security interest, or other charge against or interest in property in which the debtors have an interest, or which is subject to set off under 11 U.S.C. § 553.

AMENDED PLAN OF
REORGANIZATION - 5

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

1.27 **"Unsecured Claim."** A claim that is not a secured claim.

1.28 **"Professional Persons"** shall mean persons, including any trustee, retained or to be compensated pursuant to Section 326, 327, 328, 330, and/or 1103 of the Code.

1.29 **"Proponents"** shall mean Ricardo and Rosa Cantu, individually, and in their capacity as sole owners of R&R Trucking, Inc.

## ARTICLE II.

### CLASSIFICATION OF CLAIMS

The following is a classification of claims based upon property constituting property of these estates on the date the Plan was filed with the Clerk of the Bankruptcy Court.

***R&R TRUCKING, INC.:***

Class 1: Administrative Claims

Class 2: Priority Claims

Class 3: (Impaired) The Allowed Secured Claims of Bank of Eastern Washington

Class 4: (Impaired) The Allowed Secured Claim of BMO Harris Bank

Class 5: (Impaired) The Allowed Secured Claim of PACCAR Financial Corp.

Class 6: (Impaired) The Allowed Secured Claim of Volvo Financial Services, a Division of VFS US, LLC

Class 7: (Impaired) The Allowed Secured Claim of ENGS

Class 8: (Impaired) The Allowed Unsecured Claims Against R&R Trucking, Inc.

Class 9: (Impaired) Equity Security Holders

***RICARDO AND ROSA CANTU:***

Class 10: (Unimpaired) The Allowed Secured Claim of Ally Bank

Class 11: (Unimpaired) The Allowed Secured Claims of First Interstate Bank

Subclass 11.1: Secured Claim encumbering 150 Honeysuckle RD, Pasco, WA

Subclass 11.2: Secured Claim encumbering 220 N Oregon Ave., Pasco, WA

AMENDED PLAN OF
REORGANIZATION - 6

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

Class 12: (Impaired) The Allowed Secured Claims of Les Schwab

Class 13: (Unimpaired) The Allowed Secured Claims of Key Bank

Class 14: (Impaired) The Allowed General Unsecured Claims Against Ricardo and Rosa

Cantu

## ARTICLE III.

ALL CLAIMS AND INTERESTS NOT IMPAIRED BY THE PLAN

***R&R TRUCKING, INC.:***

All creditors' claims and interests in R&R Trucking are impaired.

***RICARDO AND ROSA CANTU:***

The secured claim of First Interstate Bank against the property located at 220 N Oregon

Ave, Pasco, WA, which is owned by the Cantus, continue to be paid by Kiddie Corner Kids

Learning Center. That debt is unimpaired.

The secured claim of First Interstate Bank encumbering the Cantus' personal residence

at 150 Honeysuckle Rd, Pasco, WA not impaired as the Cantus will continue to pay that in the

normal course.

The allowed secured claim of Ally Bank is a claim on the transport van for Kiddie

Corner. That claim is being paid by Kiddie Corner and is unimpaired.

Key Bank's claim is based on a personal guarantee of the Cantus for a loan to R&R

Trucking Logistics. R&R Trucking Logistics will continue to pay that claim and will not be

paid through the bankruptcy.

Key Bank is also an unimpaired claim and will continue to be paid by the Cantus in the

normal course.

PROVISIONS FOR SATISFYING CLAIMS AND SPECIFYING THE

TREATMENT OF EACH CLASS UNDER THE PLAN

***R&R TRUCKING, INC.***

AMENDED PLAN OF
REORGANIZATION - 7

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

Class 1:  Administrative Claims for Professional Services.  Administrative claims for professional services will be paid in cash as soon as practicable following the date of confirmation in such amounts as may be allowed by the Bankruptcy Court.  Fees to the United States Trustee shall be paid in cash as soon as practicable following the date of confirmation.

Class 2:  Other Administrative Priority Claims.

2.1 Adequate Protection Agreement Payments.  If Debtors are delinquent in payments under Adequate Protection Agreement payments, according to the terms of any such agreement approved by the court, such delinquencies will be treated as a priority claim within the meaning of 11 U.S.C. § 507(c).  Any such payments will be made as soon as reasonably practicable following confirmation of the Debtors' Plan.

2.2 (Impaired) IRS.  The IRS filed its Amended Proof of Claim with respect to R&R Trucking on September 12, 2019.  The priority claim is $140,879.17.  The priority debt due and owing to the Internal Revenue Service will be paid within five years from the bankruptcy petition date per 11 U.S.C. §1129(9)(C), at the current IRS rate of interest of 5%. The IRS priority debt will be paid in 36 equal monthly payments of $4,222.24 each.  The IRS also has a fully secured claim in the amount of $303,084.50.  The secured claim of the IRS will be paid ~~within five years from the bankruptcy petition at the current IRS rate of interest~~over 8 years at 5% interest, ~~with equal monthly payments of $3,837.03~~ commencing within 30 days of the Plan's Effective Date.  The secured claim of the IRS will be paid in progressive payments as follows:  $2,000 for the first 36 months of the Plan (years 1-3); $4,950 for the next 24 months of the Plan (years 4&5); $6,000 for the next 24 months of the Plan (years 6&7); $2,800 for the next 11 months of the Plan plus one final payment of $2,754.45 in the last month of the Plan (year 8).

The IRS filed a claim with respect to Ricardo and Rosa Cantu, in which the total claim is $161,851.42 and is claimed as all priority.  From the $161,851.42, the civil penalty tax

AMENDED PLAN OF
REORGANIZATION - 8

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

is also assessed to R&R Trucking. After deducting the civil penalties to individuals from R&R Trucking taxes, there is a $5,000 balance, which will be paid over five years at the IRS's current interest rate.

~~The amount to be paid to the IRS is approximately $12,072.75 per month which includes interest at 5%. Payments will commence within 30 days of the effective date of the Plan.~~

2.3 (Impaired) <u>Washington State Department of Labor and Industries</u>. The Washington State Department of Labor and Industries has a claim of $58,901.00 that will be paid ~~eight percent (8%)~~8% interest over five years. The payments will be $1,194.30 per month and will commence within 30 days of the Effective Date of the Plan.

2.4 (Impaired) <u>State of Oregon Department of Transportation</u>. The State of Oregon priority debt owed to the Department of Transportation of $11,201.19 will be paid over a 36-month period at 12% interest at $372.04 per month. The payments will commence within 30 days of the Effective Date of the Plan. The balance of the claim to the State of Oregon will be an unsecured claim and treated as all other Class 10 claims.

2.5 (Impaired) <u>Franklin County, Washington</u>. Any unpaid real and personal property taxes due Franklin County, which were incurred after the date of filing, will be paid in cash prior to the effective date of the Plan.

<u>Class 3: (Impaired) The Allowed Secured Claims of Bank of Eastern Washington</u>. The allowed secured claim of Bank of Eastern Washington, a branch of the Bank of Eastern Oregon in the original amount of $1,309,492.45. The Bank of Eastern Washington is a secured creditor. The loan ending in 3148 has an approximate current balance by April 30, 2020, of $819,474.52. Loan ending in 3148 was a line of credit loan with an original maturity date of December 28, 2017. This loan is guaranteed by Mr. and Mrs. Cantu, R&R Trucking Logistics, R&R Ag, Inc.

AMENDED PLAN OF
REORGANIZATION - 9

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 198    Filed 12/14/20    Entered 12/14/20 16:56:25    Pg 9 of 30

and the collateral is inventory, chattel paper, accounts, equipment and general intangibles and is secured by real estate owned by the Cantus, as set forth in the Disclosure Statement.~~.~~

As a result of a Change in Terms Agreement in 2018, all land owned by Cantus is security for the loans of Bank of Eastern Washington. ~~This loan~~ Loan 3148 will be amortized over ~~nine 8~~ 7 years at an interest rate of 5.25%. ~~with a monthly payment of approximately $9,537.25~~10,472.30. This loan will be paid in progressive payments as follows: $9,537.25 for the first 36 months of the Plan (years 1-3); $10,537.25 for the next 12 months (year 4); $10,900 for the next 12 months (year 5); $16,000 for the next 23 months plus one final payment of $12,438.51 (years 6 & 7) –The payments will commence within 30 days of the Effective Date of the Plan. ~~The loan has a balloon payment due at the end of seven years from the effective date of the Plan.~~ The bank will retain all its liens with the same validity and priority as occurred prior to debtors filing bankruptcy.

The Bank of Eastern Washington Loan ending in 3122, which is a loan originally over 10 years, has a current approximate balance as of April 30, 2020 of $423,439.64. The borrowers are Ricardo and Rosa Cantu. The loan is guaranteed by R&R Trucking, Inc., R&R Trucking Logistics and R&R Ag. This loan is also secured by real estate owned by the Cantus as set forth in the Disclosure Statement. Additionally, the bank has an additional Deed of Trust against the Cantus' personal residence. This loan will be amortized over ~~nine 8~~ 7 years at 5.25% interest ~~with monthly payments of approximately $4,928.10~~5,411.25 with a balloon payment at seven years from the effective date of the plan at 5.25%. This debt will be paid in progressive payments as follows: $4,928.10 for the first 36 months of the Plan (years 1-3); $5,328.10 for the next 12 months (year 4); $5,550.00 for the next 12 months (year 5); $8,300.00 for the next 23 months plus one final payment of $8,069.14 (years 6&7). The payments will commence within 30 days of the Effective Date of the Plan. The Bank of Eastern Washington will retain

AMENDED PLAN OF
REORGANIZATION - 10

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

all liens with the same validity and priority as existed prior to filing of the above-captioned bankruptcy proceeding.

Class 4: (Impaired) The Allowed Secured Claim of BMO Harris Bank. BMO Harris Bank is secured by a perfected security interest on tractors and trailers as identified in the Disclosure Statement. BMO Harris Bank has 6 loans: contracts ending in 4002, 2001, 9001, 5001, 2001 and 7001. The current approximate balance of all 6 loans is $475,669.94. A list of BMO Harris Bank tractors and trailers that comprise collateral for these loans is set forth in the Disclosure Statement, at Paragraph 8.1. —The Fair Market Value of BMO Harris Bank's collateral in terms of tractors and trailers, is $720,000. BMO Harris Bank is an over-secured creditor.

The total balance of all BMO Harris Bank loans is approximately $475,669.94 and will be paid at 5.25% over 10 5 years in equal monthly payments of approximately $5,103.549,031.06. The payment will commence within 30 days of the Effective Date of the Plan.

BMO Harris Bank will retain its liens on the property until its claim is claim is satisfied as provided herein.

Class 5: (Impaired) The Allowed Secured Claim of PACCAR Financial Corp. PACCAR is secured by tractors as set forth in the Disclosure Statement. PACCAR has 3 contracts with an approximate total balance of $296,750.11. PACCAR will be paid over 10 8 years at 5.25% interest with equal monthly payments of approximately $3,183.883,792.25, which payments will commence within 30 days of the Effective Date of the Plan. PACCAR will be paid on a progressive payment schedule as follows: $3,183.88 for the first 48 months of the Plan (years 1-4); $3,400 for the next 12 months (year 5); $$3,700 for the next 24 months (years 6&7); $7,000 for the following 11 months plus one final payment of $4,630.09 (year 8).

AMENDED PLAN OF
REORGANIZATION - 11

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11   Doc 198   Filed 12/14/20   Entered 12/14/20 16:56:25   Pg 11 of 30

PACCAR will retain its lien on the property until its claim is claim is satisfied as provided herein.

Class 6: (Impaired) The Allowed Secured Claim of Volvo Financial Services.  Volvo is secured by tractors sold to Debtors with a perfected purchase money security interest.  Volvo's approximate loan balance is $182,389.13, which will be paid at 5.25% interest over 10 8 years with equal monthly payments of $1,956.88$2,330.80.  Volvo will be paid under the following progressive payment schedule:  $1,956.88 for the first 48 months of the Plan (years 1-4); $2,200 for the next 12 months (year 5); $2,400 for the next 24 months (years 6&7); and $4,000 for the following 11 months plus one final payment of $1,826.77 (year 8).  Volvo will retain all of its liens with the same validity and priority as existed prior to filing. Volvo payments will commence within 30 days of the Effective Date of the Plan.

Class 7: (Impaired) The Allowed Secured Claim of ENGS Commercial Finance. ENGS Commercial Finance has an allowed secured claim.  ENGS has a perfected security interest in seven Utility refer trailers.  ENGS approximate loan balance is $11,563, which will be paid at 5.25% interest over two years with equal monthly payments of $508.58.  ENGS will retain its lien on the property until its claim is claim is satisfied as provided herein.

Class 8: (Impaired) The Allowed Unsecured Claims Against R&R Trucking, Inc.  Under R&R, the allowed claims of general unsecured creditors will be paid 25% of their claims.  It is anticipated that payment will begin within 2 years30 days of the effective date of the Plan and will be completed within 7 years. As set forth in the liquidation analysis, if the assets of R&R Trucking and the Cantus were liquidated, unsecured creditors would receive nothing as all of the value of the unencumbered property would go to secured and priority creditors.

Class 9: (Impaired) Equity Security Holders.  Equity security holders will retain their ownership interest in the Debtors.  Payments to unsecured creditors will begin within two years from the effective date of the Plan and will be paid over an eight-year term.

AMENDED PLAN OF
REORGANIZATION - 12

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

### _RICARDO AND ROSA CANTU:_

Class 10: (Unimpaired) The Allowed Secured Claim of Ally Bank. Ally Bank is secured by a 2015 Chevrolet Express van which is used to haul children in the Cantu's daycare center. The claim amount is $19,889.85. The van has high mileage and is worth approximately $15,000. Therefore, the claim of Ally Bank will be bifurcated, $15,000 will be secured and the balance will be paid pursuant to Class 10 as an unsecured creditor. Ally Bank will be paid $15,000 at 5.25% interest over 60 months with a monthly payment of approximately $284.79. Payment will commence within 30 days of the Effective Date of the Plan. Ally Bank will retain the van as its collateral with the same validity and priority as existed prior to filing.

Ally Bank is an unimpaired creditor and will be paid by Kiddie Corner Kids Learning Center, a company owned by the Cantus.

To the extent there are any contractual arrearages due and owing on this claim by the Plan's Effective Date, said arrears will be cured on or by the Effective Date of the Plan.

Ally Bank will retain its lien on the property until its claim is claim is satisfied as provided herein.

Class 11: (Unimpaired) The Allowed Secured Claim of First Interstate Bank.

Subclass 11.1: First Interstate Bank has a loan on Debtors' personal residence at 150 Honeysuckle Rd., Pasco, WA. The approximate balance is $200,288.45. The Debtors have been making the mortgage payment in the amount of $1,466.87 per month and will continue to make the payments to First Interstate Bank pursuant to their Promissory Note and Deed of Trust. To the extent there are any contractual arrearages due and owing on this claim by the Plan's Effective Date, said arrears will be cured on or by the Effective Date of the Plan. First Interstate Bank will retain its lien on the property until its claim is claim is satisfied as provided herein.

AMENDED PLAN OF
REORGANIZATION - 13

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

Subclass 11.2: First Interstate Bank has a loan on Kiddie Corner Kids Learning Center, located at 220 North Oregon Avenue, Pasco, Washington. The approximate balance of that loan is $568,125.88. Mrs. Cantu has guaranteed that debt. The debt will continue to be paid by Kiddie Corner Kids Learning Center. To the extent there are any contractual arrearages due and owing on this claim by the Plan's Effective Date, said arrears will be cured on or by the Effective Date of the Plan. First Interstate Bank will retain its lien on the property until its claim is claim is satisfied as provided herein.

Class 12: (Impaired) The Allowed Secured Claims of Les Schwab. Les Schwab has a personal account the Cantus that is fully secured by a perfected consumer security interest in tires and wheels and has an approximate balance of $1,458.14. Les Schwab will be paid at 5.25% interest over 24 months with equal monthly payments of $64.13 commencing within 30 days of the Effective Date of the Plan. Les Schwab's liens shall continue with the same validity and priority as existed prior to Debtors' filing.

Class 13: (Unimpaired) The Allowed Secured Claims of Key Bank. Key Bank filed a claim in the Cantus' bankruptcy. The claim of Key Bank indicates it has a personal guarantee signed by the Cantus, however, their proof of claim does not contain a personal guarantee which will be objected to by Debtors. If the debt is personally guaranteed by the Cantus, it will be paid by R&R Logistics and is an unimpaired creditor. To the extent there are any contractual arrearages due and owing on this claim by the Plan's Effective Date, said arrears will be cured on or by the Effective Date of the Plan.

Class 14: (Impaired) The Allowed Unsecured Claims Against Ricardo and Rosa Cantu. The allowed claims of the general unsecured creditors are impaired under the Plan and those creditors will be paid 25%. It is projected payments to unsecured creditors will begin within two years from the Effective Date of the Plan. in the same manner as the Class 8 creditors.

AMENDED PLAN OF
REORGANIZATION - 14

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

**ARTICLE V.**

LEASES AND CONTRACTS ASSUMED

Debtors R&R Trucking will continue to lease its trucks to R&R Trucking Logistics. The rental income is $39,500 per month, which is being used to pay creditors. Modest rental increases will take place after confirmation. Beginning in Year 3 of the Debtor's Plan, the rent paid from R&R Trucking Logistics will be increased to $40,000. In year 4, the rent will be increased to $41,000. From years 5 through 8, rent will be increased to $42,000. All operating expenses of the trucks are paid by the operating entity, R&R Trucking Logistics.

**ARTICLE VI.**

CURRENT MANAGEMENT RETAINED

The current management of R&R, which is Ricardo and Rosa Cantu will continue to manage trucking operations during the Plan.

**ARTICLE VII.**

MODIFICATION OF PLAN

Debtors may propose amendments or modifications of the Plan any time prior to confirmation, with leave of the court, upon notice to all creditors. After confirmation, the Debtors may, with the approval of the court and so long as it does not materially or adversely affect the interest of the creditors, remedy any defect or omissions or reconcile any inconsistencies in the Plan or in the Order of Confirmation, in such a manner as may be necessary to carry out the purpose and effect of this Plan.

**ARTICLE VIII.**

SUBSTANTIAL CONSUMMATION

This Plan shall be deemed substantially consummated upon the later of thirty (30) days after the effective date of the confirmation or the completion of acts constituting substantial consummation as defined in 11 U.S.C. §1102(2), unless prior to the filing of a Motion for

AMENDED PLAN OF
REORGANIZATION - 15

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

closing this estate the debtor file a Motion for extension of time to substantially consummate this Plan.

## **ARTICLE IX.**

## CLOSING OF THE CASE

At such time after the case has be substantially consummated, this case shall be closed. In the period after confirmation of this Plan, but before closing of this case, the debtors may continue to avail it to the services of professional persons whose employment was approved at or prior to confirmation in completing administration of this case and in consummation and performance of this Plan, and, if necessary, with approval of the court, employ additional professional persons to render services in and in connection with this case. With respect to services rendered and expenses incurred in or in connection with this case by any professional persons during such period, the professional person may be paid after notice and hearing given to the attorney for the proponent, to the debtors, to the attorney for the debtors, to the U.S. Trustee, and to any entity requesting such notice within thirty days of the effective date of this Plan.

Should a request for compensation and/or reimbursement of expenses occur subsequent to the closure of this case, the applicant shall send notice of said application to the attorney for the proponent, to the attorney for the debtors, to the U.S. Trustee, and to such entity as requested notice within thirty days of the effective date of this Plan. Should an objection to the request be made, it shall be disregarded unless the objecting party pays the necessary filing fee to bring the matter before the court, requests a court hearing within thirty days of the filing of the objection and gives timely notice in writing to the proponent of the notice, to the attorney for the proponent, to the attorney for the debtors, to the U.S. Trustee, and to any entity requesting such notice as set forth in this Article.

AMENDED PLAN OF
REORGANIZATION - 16

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 198    Filed 12/14/20    Entered 12/14/20 16:56:25    Pg 16 of 30

# ARTICLE X.

## TITLE TO PROPERTY

Title in all property shall revest in debtor upon confirmation of this Plan.

# ARTICLE XI.

## JURISDICTION OF THE BANKRUPTCY COURT

The Bankruptcy Court shall continue to maintain jurisdiction subsequent to confirmation for the following purposes:

11.1    _Retention of Jurisdiction_.  Until entry of a final decree closing the bankruptcy case, the Bankruptcy Court shall retain jurisdiction over all matters necessary to ensure that the purpose and intent of the Plan are carried out including, without limitation, the following matters:

(a)    To hear and determine all claims and interests against the Debtors or property of the estate;

(b)    To determine any and all applications for allowances of compensation and reimbursement of expenses, and any other fees and expenses authorized to be paid or reimbursed under the Bankruptcy Code and the Plan;

(c)    To determine any applications pending on the Effective Date for the rejections or assumption of executory contracts or unexpired leases, or for the assumption and assignment, as the case may be, of executory contracts or unexpired leases to which any of the Debtors are a party, or with respect to which it may be liable, and to hear and determine, and if need be to liquidate, any and all claims arising therefrom;

(d)    To determine any and all applications, adversary proceedings and contested or litigated matters that may be pending on date of confirmation;

(e)    To determine all adversary proceedings initiated by the Debtor pursuant to Article VIII of the Plan;

AMENDED PLAN OF
REORGANIZATION - 17

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 198    Filed 12/14/20    Entered 12/14/20 16:56:25    Pg 17 of 30

(f)     To consider any modifications of the Plan; remedy any defect or omission or reconcile any inconsistency in any order of the Bankruptcy Court, including the confirmation Order, to the extent authorized by the Bankruptcy Code;

(g)     To determine all controversies, suits and disputes that may arise in connection with the interpretation, enforcement and consummation of the Plan;

(h)     To consider and act on the compromise and settlement of any Claim against or cause of action by or against Debtors, the Cantus;

(i)     To issue orders in aid of execution of the Plan to extent authorized by Section 1142 of the Bankruptcy Code;

(j)     To determine such other matters as may be set forth in the Confirmation Order or which may arise in connection with the Plan or the confirmation Order or may be necessary to effectuate or carry out the purposes and provisions of this Plan.

(k)     To enter charging orders, charging expenses of the estate against property owned by the Estate.

11.2     <u>Amendment of Plan</u>.  The Plan may be amended by the Debtor before or after the date of confirmation, as provided in Section 1127 of the Bankruptcy Code.

<h2 style="text-align:center"><span style="color:red">ARTICLE XII</span></h2>

<span style="color:red">DEFAULT</span>

<span style="color:red">A default shall occur if the Debtors fail to comply with a material provision of this Plan. In such event, the party alleging the default shall provide written notice of the alleged default to the Debtors and their attorneys at the following addresses:</span>

| *To the Debtors:* | *With copy to:* |
|---|---|
| Ricardo and Rosa Cantu | Joshua Busey |
| 150 Honeysuckle Rd. | 411 North 2nd Street |
| Pasco, WA 99301 | Yakima, WA 98901 |

AMENDED PLAN OF
REORGANIZATION - 18

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

R&R Trucking, Inc.                          John O'Leary
Attn: Rosa and Ricardo Cantu                601 W. Kennewick Ave.
210 N. Oregon Ave.                          Kennewick, WA 99336
Pasco, WA 99301

If, after thirty days following the Debtors' and counsels' receipt of notice of default, the Debtors and such noticing party have been unable to resolve, or the Debtors have been unable to cure, the alleged default, then the noticing party may proceed with any remedies available to it under applicable law; *provided*, that nothing herein shall limit or affect the Debtors' right to seek appropriate relief from any court of competent jurisdiction. Upon the third consecutive uncured payment default in any 12-month period, the Debtors may commence, and the noticing party may propose to the Court, an orderly liquidation of the Debtors' assets.

## **ARTICLE XIII.**

## MISCELLANEOUS PROVISIONS

13.1     **Modification of Payment Terms.**  Debtors reserve the right to modify the treatment of any Allowed Claim at any time after the date of confirmation, upon the consent of the creditor or creditors whose Allowed Claim treatment is being modified.

13.2     **Prepayment.**  Unless the Plan shall otherwise provide, Debtors shall have the right to prepay, without penalty, all or any portion of the Allowed Claims at any time.

13.3     **Filing of Additional Documents.**  On or before the date of confirmation, Debtors shall file with the Bankruptcy Court such agreements, conveyances and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan.

13.4     **Section Headings.**  The section headings contained in the Plan or reference purposes only and shall not affect in any way the meaning or interpretation of the Plan.

AMENDED PLAN OF
REORGANIZATION - 19

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA  99336-0498
(509) 586-7797/ (509) 586-3674 fax

19-00473-FPC11    Doc 198    Filed 12/14/20    Entered 12/14/20 16:56:25    Pg 19 of 30

1213.5      <u>Cure and Waiver of Default</u>. Confirmation of the Plan cures all default of the Debtors as to any obligation for which a claim was or could have been filed, whether or not such claim was allowed. This provision does not reinstate any claim barred or discharged.

1213.6      <u>Automatic Stay</u>. The automatic stay provided by 11 U.S.C. § 362 shall continue in effect as to all property retained by the Debtors until (1) the Debtors receive their respective discharges, (2) the case is terminated, or (3) an order entered lifting the stay, whichever is the earlier. Because Debtor, R&R Trucking Inc. is a corporation, it will receive a discharge when the Plan is confirmed pursuant to 11 U.S.C. § 1141(d)(1). As individuals, the Cantus will receive their discharge upon completion of payments to unsecured creditors under the Plan pursuant to 11 U.S.C. § 1141(d)(5).

The automatic stay shall not apply to property given as collateral for post-confirmation loans.

1213.7      <u>Binding Effect</u>. The terms and conditions of this Plan, as now existing or hereafter amended, shall become a part of any document executed as part of this Plan, modified by the terms of this Plan or which is a part of any claims dealt with by the Plan. The terms and conditions of this Plan shall be binding upon the holders of the claims or interests, their heirs, assigns and successors.

DATED: _12/14/20_

_[signature]_

Ricardo Cantu

_[signature]_

Rosa Cantu

DATED this _14_ day of ~~October~~ December 2020.

AMENDED PLAN OF
REORGANIZATION - 20

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Debtors/Debtors in Possession

BY: /s/ John W. O'Leary
WILLIAM L. HAMES, WSBA #12193
JOHN W. O'LEARY, WSBA # 33004

AMENDED PLAN OF
REORGANIZATION - 21

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax

# RICARDO & ROSA CANTU

| | OCT 2020 | NOV 2020 | DEC 2020 | JAN 2021 | FEB 2021 | MAR 2021 | APR 2021 | MAY 2021 | JUN 2021 | JUL 2021 | AUG 2021 | SEP 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| Wages | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $8,316.17 | $99,794.04 |
| Fed W/H, Medicar, SS Deductions | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -1339.52 | -$16,074.24 |
| Total | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $6,976.65 | $83,719.80 |
| **EXPENSES** | | | | | | | | | | | | | |
| **HOME** | | | | | | | | | | | | | |
| Mortgage -includes Ins. & Prop. Tax | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $1,466.87 | $17,602.44 |
| Maintenance & Repairs | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| Electricity | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $4,800.00 |
| Water, sewer, garbage | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $32.09 | $385.08 |
| Phone, Cell phone, Internet | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $6,600.00 |
| Total | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $2,548.96 | $30,587.52 |
| **DAILY LIVING** | | | | | | | | | | | | | |
| Food & Housekeeping | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $6,300.00 |
| Clothing, laundry, dry cleaning | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $600.00 |
| Personal Care Prod./Services | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $240.00 |
| Total | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $595.00 | $7,140.00 |
| **TRANSPORTATION** | | | | | | | | | | | | | |
| Gas/fuel/repairs & maintenance | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $6,600.00 |
| Insurance | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $715.00 | $8,580.00 |
| Total | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $1,265.00 | $15,180.00 |
| **ENTERTAINMENT** | | | | | | | | | | | | | |
| Clubs, recreation, newspapers, etc. | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| Total | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 |
| **HEALTH** | | | | | | | | | | | | | |
| Insurance | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $1,244.00 | $14,928.00 |
| Co-pays for Doctor Visits/Lab Work | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $480.00 |
| Prescription Medications | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $5,400.00 |
| Over-the-counter drugs | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $10.00 | $120.00 |
| Life insurance | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $7,800.00 |
| Total | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $2,394.00 | $28,728.00 |
| **FINANCIAL OBLIGATIONS** | | | | | | | | | | | | | |
| Les Schwab Tires | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $769.56 |
| Unsecured Claims in Bankruptcy-25% | | | | | | | | | | | | | $0.00 |
| Total | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $64.13 | $769.56 |
| **TOTALS** | | | | | | | | | | | | | |
| Total expenses | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $6,967.09 | $83,605.08 |
| Cash short/extra | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $9.56 | $114.72 |

# R&R TRUCKING, INC. BUDGET

Year 1 - 2021

| | JAN. 2021 | FEB. 2021 | MAR. 2021 | APR. 2021 | MAY. 2021 | JUN. 2021 | JUL. 2021 | AUG. 2021 | SEP. 2021 | OCT. 2021 | NOV. 2021 | DEC. 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | |
| Lease Payment | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 |
| Total | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 |
| | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $6,000.00 |
| IRS Priority Debt | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $50,667.36 |
| IRS Secured Debt | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| WA State Dept. of L & I | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $14,331.60 | $14,331.60 |
| OR Dept. of Transportation | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $4,464.48 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 |
| Bank of Eastern WA, Ln Ending 3148 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $114,447.00 |
| Bank of Eastern WA, Ln Ending 3122 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $59,137.20 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 |
| PACCAR Financial Corp. | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $38,206.56 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 |
| ENGS Commercial Finance | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $6,000.00 |
| Unsecured Claims | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $6,000.00 | $24,000.00 |
| Total | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $473,109.48 | $473,109.48 |
| | | | | | | | | | | | | | |
| Cash short/extra | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $890.52 |

| **TOTALS** | JAN. 2021 | FEB. 2021 | MAR. 2021 | APR. 2021 | MAY. 2021 | JUN. 2021 | JUL. 2021 | AUG. 2021 | SEP. 2021 | OCT. 2021 | NOV. 2021 | DEC. 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 |
| Total Expenses | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $473,109.48 |
| Cash short/extra | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $890.52 |

# R&R TRUCKING, INC. BUDGET

Year 2 - 2022

| | JAN. 2022 | FEB. 2022 | MAR. 2022 | APR. 2022 | MAY. 2022 | JUN. 2022 | JUL. 2022 | AUG. 2022 | SEP. 2022 | OCT. 2022 | NOV. 2022 | DEC. 2022 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 | |
| Total | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 | |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $ 12,000.00 |
| IRS Priority Debt | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $50,667.36 | $ 101,334.72 |
| IRS Secured Debt | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 | $ 48,000.00 |
| WA. State Dept. of L. & I. | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $14,331.60 | $ 28,663.20 |
| OR Dept. of Transportation | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $4,464.48 | $ 8,928.96 |
| Franklin County, WA | | | | | | | | | | | | | | $ — |
| Bank of Eastern WA, Ln Ending 3148 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $114,447.00 | $ 228,894.00 |
| Bank of Eastern WA, Ln Ending 3122 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $59,137.20 | $ 118,274.40 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 | $ 216,745.44 |
| PACCAR Financial Corp. | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $38,206.56 | $ 76,413.12 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 | $ 46,965.12 |
| EWGS Commercial Finance | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $6,102.96 | $ 12,205.92 |
| Unsecured Claims | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 | $ 48,000.00 |
| Total | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $473,212.44 | $ 946,424.88 |
| **TOTALS** | | | | | | | | | | | | | | |
| Total Income | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 | $ 948,000.00 |
| Total Expenses | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $39,434.37 | $473,212.44 | $ 946,424.88 |
| Cash Slot/extra | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $65.63 | $787.56 | $ 1,575.12 |

# R&R TRUCKING, INC. BUDGET

Year 3 - 2023

| | JAN. 2023 | FEB. 2023 | MAR. 2023 | APR. 2023 | MAY. 2023 | JUN. 2023 | JUL. 2023 | AUG. 2023 | SEP. 2023 | OCT. 2023 | NOV. 2023 | DEC. 2023 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $480,000.00 | |
| Total | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $480,000.00 | |
| | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $18,000.00 | |
| IRS Priority Debt | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.10 | $50,667.18 | 152,001.90 |
| IRS Secured Debt | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 | 72,000.00 |
| WA. State Dept. of L & I | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $14,331.60 | 42,994.80 |
| OR Dept. of Transportation | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $4,464.48 | 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | | |
| Bank of Eastern WA, Ln Ending 3148 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $114,447.00 | 343,341.00 |
| Bank of Eastern WA, Ln Ending 3122 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $59,137.20 | 177,441.60 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 | 325,118.16 |
| PACCAR Financial Corp. | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $38,206.56 | 114,619.68 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 | 70,447.68 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | 12,205.92 |
| Unsecured Claims | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $36,000.00 | 84,000.00 |
| Total | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.61 | $479,109.30 | 1,425,534.18 |
| | | | | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | | | | |
| Total Income | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $480,000.00 | $1,428,000.00 |
| Total Expenses | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.79 | $39,925.61 | $479,109.30 | $1,425,534.18 |
| Cash Short/extra | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.21 | $74.39 | $890.70 | $2,465.82 |

# R&R TRUCKING, INC. BUDGET

Year 4 - 2024

| | JAN. 2024 | FEB. 2024 | MAR. 2024 | APR. 2024 | MAY. 2024 | JUN. 2024 | JUL. 2024 | AUG. 2024 | SEP. 2024 | OCT. 2024 | NOV. 2024 | DEC. 2024 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $492,000.00 | |
| Total | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $492,000.00 | |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $ 24,000.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| IRS Secured Debt | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $59,400.00 | $ 131,400.00 |
| WA. State Dept. of L & I | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $14,331.60 | $ 57,326.40 |
| OR. Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | | |
| Bank of Eastern WA, Ln Ending 3148 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $126,447.00 | $ 469,788.00 |
| Bank of Eastern WA, an Ending 3122 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $63,937.20 | $ 241,348.80 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 | $ 433,490.88 |
| PACCAR Financial Corp. | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $3,183.88 | $38,206.56 | $ 152,826.24 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 | $ 93,930.24 |
| EIIGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $50,400.00 | $ 134,400.00 |
| Total | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $490,577.64 | $3,916,111.82 | |
| **TOTALS** | | | | | | | | | | | | | | |
| Total Income | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $492,000.00 | $1,920,000.00 |
| Total Expenses | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $40,881.47 | $490,577.64 | $1,916,111.82 |
| Cash Short/extra | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $118.53 | $1,423.36 | $ 3,888.18 |

# R&R TRUCKING, INC. BUDGET

| | JAN. 2025 | FEB. 2025 | MAR. 2025 | APR. 2025 | MAY. 2025 | JUN. 2025 | JUL. 2025 | AUG. 2025 | SEP. 2025 | OCT. 2025 | NOV. 2025 | DEC. 2025 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $6,000.00 | 30,000.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | 152,001.90 |
| IRS Secured Debt | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $59,400.00 | $59,400.00 | 190,800.00 |
| WA. State Dept. of L & I | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $1,194.30 | $14,331.60 | $14,331.60 | 71,658.00 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | |
| Bank of Eastern WA, Ln Ending 3148 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,800.00 | $130,800.00 | 600,588.00 |
| Bank of Eastern WA, Ln Ending 3122 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $66,000.00 | $66,000.00 | 307,948.80 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.17 | $108,372.83 | 543,867.21 |
| PACCAR Financial Corp. | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $40,800.00 | $40,800.00 | 193,626.24 |
| Volvo Financial Services | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $26,400.00 | $26,400.00 | 120,330.24 |
| EHGS Commercial Finance | | | | | | | | | | | | | $0.00 | 12,205.92 |
| Unsecured Claims | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $50,400.00 | $50,400.00 | 184,800.00 |
| Total | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.47 | $503,104.43 | 2,419,216.25 |

| **TOTALS** | JAN. 2025 | FEB. 2025 | MAR. 2025 | APR. 2025 | MAY. 2025 | JUN. 2025 | JUL. 2025 | AUG. 2025 | SEP. 2025 | OCT. 2025 | NOV. 2025 | DEC. 2025 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $2,424,000.00 |
| Total Expenses | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.36 | $41,925.47 | $503,104.43 | $2,419,216.25 |
| Cash Short/Extra | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.64 | $74.53 | $895.57 | 4,783.75 |

# R&R TRUCKING, INC. BUDGET

Year 6 - 2026

| | JAN. 2026 | FEB. 2026 | MAR. 2026 | APR. 2026 | MAY. 2026 | JUN. 2026 | JUL. 2026 | AUG. 2026 | SEP. 2026 | OCT. 2026 | NOV. 2026 | DEC. 2026 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | | | | | | | | | | | | | | $ 38,400.00 |
| IRS Priority Debt | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $8,400.00 | $ 152,001.90 |
| IRS Secured Debt | | | | | | | | | | | | | $0.00 | $ 262,800.00 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 716,658.00 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,993.44 |
| Franklin County, WA | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $72,000.00 | |
| Bank of Eastern WA, Ln Ending 3148 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $192,588.00 | $ 792,588.00 |
| Bank of Eastern WA, Ln Ending 3122 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $99,600.00 | $ 407,548.80 |
| BMO Harris Bank | | | | | | | | | | | | | $0.00 | $ 541,863.71 |
| PACCAR Financial Corp. | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $44,400.00 | $ 238,026.24 |
| Volvo Financial Services | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 | $ 149,130.24 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | | | | | | | | | | | | | $0.00 | $ 242,400.00 |
| Total | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $502,800.00 | $2,922,016.25 |
| | | | | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | | | | |
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $2,928,000.00 |
| Total Expenses | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $502,800.00 | $2,922,016.25 |
| Cash Short/Extra | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 | $ 5,983.75 |

# R&R TRUCKING, INC. BUDGET

Year 7 - 2027

| | JAN. 2027 | FEB. 2027 | MAR. 2027 | APR. 2027 | MAY 2027 | JUN. 2027 | JUL. 2027 | AUG. 2027 | SEP. 2027 | OCT. 2027 | NOV. 2027 | DEC. 2027 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $504,000.00 |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $504,000.00 |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | | | | | | | | | | | | | | |
| IRS Priority Debt | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $8,400.00 | $ 46,800.00 |
| IRS Secured Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 334,800.00 |
| OR. Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 716,558.00 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Bank of Eastern WA, Ln Ending 3148 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $12,438.51 | $188,438.51 | $ 981,026.51 |
| Bank of Eastern WA, Ln Ending 3122 | | | | | | | | | | | | | $0.00 | $ 506,916.94 |
| BMO Harris Bank | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,068.14 | $99,368.14 | $ 541,863.71 |
| PACCAR Financial Corp. | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $44,400.00 | $ 282,426.24 |
| Volvo Financial Services | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 | $ 177,930.24 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $4,800.00 | $57,600.00 | $ 309,000.00 |
| Total | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $38,106.65 | $499,006.65 | $3,421,022.90 |
| **TOTALS** | | | | | | | | | | | | | | |
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $3,432,000.00 |
| Total Expenses | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $38,106.65 | $499,006.65 | $3,421,022.90 |
| Cash short/extra | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $3,893.35 | $4,993.35 | $ 10,977.10 |

# R&R TRUCKING, INC. BUDGET

Year 8 - 2028

| | JAN. 2028 | FEB. 2028 | MAR. 2028 | APR. 2028 | MAY. 2028 | JUN. 2028 | JUL. 2028 | AUG. 2028 | SEP. 2028 | OCT. 2028 | NOV. 2028 | DEC. 2028 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $504,000.00 |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $504,000.00 |
| | | | | | | | | | | | | | | |
| **EXPENSES** | | | | | | | | | | | | | | |
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | | | | | | | | | | | | $6,000.00 | | $ 52,800.00 |
| IRS Priority Debt | | | | | | | | | | | | | | $ 152,001.90 |
| IRS Secured Debt | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | | $ 33,554.45 |
| WA. State Dept. of L.& I. | | | | | | | | | | | | | | $ 368,354.45 |
| OR. Dept of Transportation | | | | | | | | | | | | | | $ 73,658.00 |
| Franklin County, WA | | | | | | | | | | | | | | $ 13,393.44 |
| Bank of Eastern WA, Ln Ending 3148 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $1,826.77 | | $ 981,026.51 |
| Bank of Eastern WA, Ln Ending 3122 | | | | | | | | | | | | | | $ 506,916.94 |
| BMO Harris Bank | | | | | | | | | | | | $81,630.09 | | $ 541,863.71 |
| PACCAR Financial Corp. | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,754.45 | | $ 364,086.33 |
| Volvo Financial Services | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,630.09 | $45,826.77 | $ 223,757.01 |
| EMGS Commercial Finance | | | | | | | | | | | | | | $ 12,205.92 |
| Unsecured Claims | | | | | | | | | | | | $0.00 | | $ 300,000.00 |
| Total | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $32,288.69 | $167,011.31 | $3,588,034.21 |
| | | | | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | | | | |
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $3,936,000.00 |
| Total Expenses | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $14,300.00 | $32,288.69 | $167,011.31 | $3,588,034.21 |
| Cash short/extra | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $27,700.00 | $9,711.31 | $336,988.69 | $ 347,965.79 |