**So Ordered.**

**Dated: December 23rd, 2020**



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>R&R TRUCKING, INC., and RICARDO CANTU AND ROSA CANTU,<br><br>Debtors. | Case No. 19-00473-FPC11<br>Jointly Administered<br><br>ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND SETTING CONFIRMATION |

## I. ORDER

THIS MATTER came before the court on the motion of R&R Trucking, Inc., and Ricardo and Rosa Cantu (collectively the "Debtors") for an Order approving the Debtors' Second Amended Disclosure Statement (Docket No. 197). The following appearances were made at the hearing: a) John W. O'Leary, attorney for the Debtor R&R Trucking; b) Joshua Busey, attorney for Debtors Ricardo and Rosa Cantu; c) James D. Perkins for the U.S. Trustee; d) Jed W. Morris and Jonathan Golding, attorneys for Creditor BMO Harris Bank; and e) Justine Koehle, attorney for creditor Connell Oil Inc. The court, having considered the pleadings filed herein and having heard the argument of counsel, hereby finds and orders as follows:

1. Notice of hearing and time for objecting to the approval of the Disclosure Statement was proper pursuant to FRBP 2002 and LBR 2002-1;

ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND SETTING CONFIRMATION - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674

19-00473-FPC11    Doc 209    Filed 12/23/20    Entered 12/23/20 16:23:29    Pg 1 of 2

2. The court's oral ruling at the hearing conducted on December 16, 2020, is hereby adopted and incorporated herein by this reference as if fully set forth herein;

3. The Debtors' First Amended Disclosure Statement contains adequate information to allow creditors and parties in interest to make an informed decision as to whether to vote for or against the Debtors' proposed plan of reorganization;

4. The Debtors' First Amended Disclosure Statement is hereby approved.

5. On or before December 28, 2020, the plan, disclosure statement, list classifying claims and a Ballot conforming to Official Form 3018 shall be transmitted by mail to creditors, equity security holders and other parties in interest as provided in FRBP 3017(d);

6. February 2, 2021 is fixed as the last date for filing Ballots accepting or rejecting the Plan referred to above;

7. The Report of Ballots must be filed by February 5, 2021;

8. February 12, 2021 is fixed as the last date for filing and serving, pursuant to FRBP 3020(B)(1), written objections to confirmation of the Plan referred to above;

9. The Status Conference regarding confirmation is set for February 16, 2021 at 10:00 a.m. by telephone conference call; all parties who wish to participate shall call (509) 353-3183 at the above appointed time;

9. The Confirmation hearing is set for February 23, 2021 at 10:00 a.m. by telephone conference to be initiated by the parties calling (509) 353-3183 at the above appointed time. If there are still objections pending, this will be a Status Conference.

/ / / END OF ORDER / / /

Presented by:

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
Attorneys for Debtor R&R Trucking

BY: /s/ John W. O'Leary
JOHN W. O'LEARY, WSBA 33004

ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND SETTING CONFIRMATION - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674