William L. Hames, WSBA #12193
John W. O'Leary, WSBA #33004
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509)586-7797 / (509) 586-3674 fax
billh@hawlaw.com
johno@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>R&R TRUCKING, INC. and RICARD CANTU AND ROSA CANTU,<br><br>Debtors. | Lead Case No. 11-00473-PC11<br>Jointly Administered<br><br>CERTIFICATE OF SERVICE |

I, Mecqué M. Hess, am a legal assistant with the office of Hames, Anderson, Whitlow & O'Leary, P.S., attorneys for Debtors herein. I am a United States Citizen, over the age of eighteen years, and have personal knowledge of the facts contained in this declaration.

On December 28, 2020, I served true and correct copies of following:

1. Notice of Approval of Disclosure Statement; Proposed Plan of Reorganization, and Matters Relating to Confirmation of Plan;

2. Order Approving Second Amended Disclosure Statement and Setting Schedules;

3. Second Amended Disclosure Statement and proposed Second Amended Plan of Reorganization;

4. List Classifying Claims and Interests; and

5. Ballot for Accepting or Rejecting Plan of Reorganization;

CERTIFICATE OF SERVICE - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOS 5498
KENNEWICK, WA 99336-0498
(509)586-7797/ (509)586-3674 fax

19-00473-FPC11    Doc 213    Filed 12/29/20    Entered 12/29/20 16:59:58    Pg 1 of 5

to all parties listed on the master mailing list, attached hereto and obtained from the PACER website for the above case on December 28, 2020, by depositing the copy in the United States Post Office on December 28, 2020, properly addressed and sealed, with sufficient postage thereon to carry it through the mails.

      I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

      Dated this 29th day of December 2020.

                              /s/ *Mecqué M. Hess*
                              Mecqué M. Hess

CERTIFICATE OF SERVICE - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOS 5498
KENNEWICK, WA 99336-0498
(509)586-7797/ (509)586-3674 fax

19-00473-FPC11   Doc 213   Filed 12/29/20   Entered 12/29/20 16:59:58   Pg 2 of 5

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0980-2<br>Case 19-00473-FPC11<br>EASTERN DISTRICT OF WASHINGTON<br>Spokane/Yakima<br>Mon Dec 28 17:26:53 PST 2020 | AIG Property Casualty, Inc.<br>Kevin J. Larner, Authorized Representati<br>80 Pine Street, 13th Floor<br>New York, NY 10005-1734 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Attorney General's Office<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | Jason M Ayres<br>Foster Garvey P.C.<br>121 SW Morrison Street<br>Suite 1100<br>Portland, OR 97204-3141 | BMO Harris Bank N.A.<br>3925 Fountains Dr NE<br>Cedar Rapids, IA 52411-6619 |
| BMO Harris Bank, N.A.<br>c/o Attorney Jed W. Morris<br>Lukins & Annis, P.S.<br>717 W. Sprague, Ste. 1600<br>Spokane, WA 99201-0466 | BMO Harris Bank, NA<br>300 E. Carpenter Freeway, Ste 504<br>Irving, TX 75062-2727 | Bailey & Busey PLLC<br>411 North 2nd Street<br>Yakima, WA 98901-2336 |
| Jesse Baker<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.o. Box 17933<br>San Diego, CA 92177-7921 | Bank of Eastern Oregon<br>PO Box 39<br>Heppner, OR 97836-0039 | Bank of Eastern WA<br>a Branch of Bank of E<br>5205 N Road 68<br>Pasco, WA 99301-9275 |
| Bank of Eastern Washington<br>(a Branch of Eastern Oregon)<br>Attn: Ed Rollins<br>P.O. Box 39<br>Heppner, OR 97836-0039 | Bank of Eastern Washington<br>778 Main St.<br>Pomeroy, WA 99347-9718 | Bank of Eastern Washington<br>PO Box 8<br>Pomeroy, WA 99347-0008 |
| Lesley D Bohleber<br>Bush Kornfeld LLP<br>601 Union Street<br>Ste 5000<br>Seattle, WA 98101-2373 | Brian G. Davis<br>Leavy, Schultz, Davis, P.S.<br>2415 W. Falls Avenue<br>Kennewick, WA 99336-3068 | Joshua J Busey<br>Bailey & Busey PLLC<br>411 North 2nd Street<br>Yakima, WA 98901-2336 |
| Ricardo Cantu<br>150 Honeysuckle Rd<br>Pasco, WA 99301-8890 | Rosa Cantu<br>150 Honeysuckle Rd<br>Pasco, WA 99301-8890 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Connell Oil Incorporated, a Washington corpo<br>c/o Brian G. Davis (WSBA #43521)<br>Leavy Schultz Davis PS<br>2415 West Falls Avenue<br>Kennewick, WA 99336-3068 | Connell Oil, Inc.<br>P.O. Box 3998<br>Pasco, WA 99301 usa 99302-3998 | Connell Oil, Inc.<br>1015 N Oregon Ave<br>Pasco, WA 99301-5986 |
| Craig J. Ackerman<br>Brian Denlinger<br>Ackermann & Tilajef, PC<br>2602 North Proctor St, Ste 205<br>Tacoma, WA 98407-5250 | David W. Criswell<br>c/o Lane Powell PC<br>601 SW Second Avenue, Ste 2100<br>Portland, OR 97204-3158 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| ENGS Commercial Finance<br>One Pierce Place, Ste. 1100 West<br>Itasca, IL 60143-3149 | FIRST INTERSTATE BANK<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive<br>Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | First Interstate Bank<br>8127 W Grandridge Blvd.<br>Kennewick, WA 99336-7166 |

| | | |
|---|---|---|
| First Interstate Bank<br>PO Box 40<br>Casper, WY 82602-0040 | William L Hames<br>Hames Anderson & Whitlows PS<br>PO Box 5498<br>Kennewick, WA 99336-0498 | IRS, CCP-Lien Unit<br>PO Box 145595<br>Cincinnati, OH 45250-5595 |
| India Lin Bodien<br>Law Offices of India Bodien, Esq.<br>2522 North Proctor Street, #387<br>Tacoma, WA 98406-5338 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KeyBank, N.A.<br>4910 Tiedman Rd.<br>Brooklyn, OH 44144-2338 |
| Justine Theresa Koehle<br>Leavy Schultz Davis<br>2415 West Falls Ave.<br>Kennewick, WA 99336-3068 | Leavy, Schultz, Davis, P.<br>2415 W Falls Ave<br>Kennewick, WA 99336-3068 | Les Schwab Tire Centers of WA, Inc.<br>PO Box 5350<br>Bend, OR 97708-5350 |
| Leyte Fabian Martinez<br>809 South Ivy Street<br>Kennewick, WA 99336-5804 | Jed W Morris<br>Lukins & Annis, PS<br>717 W Sprague Avenue, Suite 1600<br>Spokane, WA 99201-0466 | John W. O'Leary<br>Hames, Anderson, Whitlow & O'Leary, PS<br>601 W. Kennewick Avenue<br>Kennewick, WA 99336-3552 |
| OR Dept. of Transportation<br>3930 Fairview Industrial Dr. SE<br>Salem, OR 97302-1166 | (p)OREGON DEPARTMENT OF TRANSPORTATION<br>355 CAPITOL ST NE MS #21<br>SALEM OR 97301-3871 | Karen K Orehoski<br>Breneman Grube Orehoski, PLLC<br>1200 5th Avenue Suite 625<br>Seattle, WA 98101-3118 |
| PACCAR Financial Corp.<br>c/o Karen Orehoski, Esq Breneman Grube e<br>1200 Fifth Avenue, Suite 625<br>Seattle, WA 98101-3118 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfok, VA 23541-1021 | Paccar Financial<br>777 106th Avenue NE<br>Bellevue, WA 98004-5027 |
| James D Perkins<br>U S Dept of Justice/U S Trustee Office<br>920 W Riverside #593<br>Spokane, WA 99201-1012 | R & R Trucking, Inc.<br>210 N. Oregon Avenue<br>Pasco, WA 99301-4235 | R&R Logistics, Inc.<br>2010 N Oregon Ave<br>Pasco, WA 99301-4235 |
| Todd Reuter<br>Foster Pepper PLLC<br>618 W Riverside<br>#300<br>Spokane, WA 99201-5102 | Ricardo and Rosa Cantu<br>150 Honeysuckle Road<br>Pasco, WA 99301-8890 | State of Washington<br>Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| US Trustee<br>US Court House<br>920 W Riverside Ave, Suite 593<br>Spokane, WA 99201-1012 | VFS US LLC<br>Attn: Bankruptcy Group<br>PO Box 26131<br>Greensboro, NC 27402-6131 | Volvo Financial Services<br>PO Box 26131<br>Greensboro, NC 27402-6131 |
| c/o Megan M Adeyemo Volvo Financial Services<br>Gordon & Rees LLP<br>2200 Ross Avenue<br>Suite 4100 West<br>Dallas, TX 75201-2708 | (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | Washington State Department of Labor &<br>Bankruptcy Unit<br>PO Box 44171<br>Olympia, WA 98504-4171 |

| | | |
|---|---|---|
| Washington State Taxing Agencies<br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104-3188 | Dina L Yunker Frank<br>Attorney General of Washington<br>Bankruptcy & Collections Unit<br>800 Fifth Ave, Ste 2000<br>Seattle, WA 98104-3188 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Oregon Dept. of Transportation<br>355 Capitol St. NE MS#21<br>Salem, OR  97301 | WA Dept of Labor & Industries<br>3rd Floor Legal<br>P.O. Box 44170<br>Olympia, WA 98504-4170 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of Eastern Washington (a branch of Ba | (u)Chapter 11 Trustee | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| (d)Joshua J. Busey<br>Bailey & Busey PLLC<br>411 North 2nd Street<br>Yakima, WA 98901-2336 | (u)PACCAR FINANCIAL CORP | End of Label Matrix<br>Mailable recipients    61<br>Bypassed recipients     5<br>Total                  66 |