John W. O'Leary, WSBA #33004
Gravis Law, PLLC
601 W. Kennewick Avenue
Kennewick, WA  99336
(509) 588-0431 / Fax (866) 419-9269
JOLeary@gravislaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | )  Lead Case No.  19-00473-FPC11 |
| | )  Jointly Administered |
| R&R TRUCKING, INC., and RICARDO | ) |
| CANTU AND ROSA CANTU, | )  REPORT OF BALLOTING |
| | ) |
| Debtors/Debtors in Possession. | ) |
| | ) |

I certify that the following is a tabulation of the balloting on the Second Amended Plan filed by John W. O'Leary, WSBA #33004, on December 14, 2020.

| Class | Total Voting | Acceptances | Accept % | Rejections | Reject % |
|---|---|---|---|---|---|
| 2 | $11,201.19 | $11,201.19 | 100% | $0.00 | 0% |
| | #1 | #1 | 100% | #0 | 0% |
| 3 | $1,309,492.45 | $1,309,492.45 | 100% | $0.00 | 0% |
| | #1 | #1 | 100% | #0 | 0% |
| 5 | $296,750.11 | $0.00 | 0% | $296,750.11 | 100% |
| | #1 | #0 | 0% | #1 | 100% |
| 8 | $7,744.39 | $7,744.39 | 100% | $0.00 | 0% |
| | #1 | #1 | 100% | #0 | 0% |

Comments:  None.

DATED this 4th day of February 2021.

GRAVIS LAW, PLLC
Attorneys for Debtor


BY:   /s/ John W. O'Leary
          JOHN W. O'LEARY, WSBA #33004

REPORT OF BALLOTING - 1

19-00473-FPC11    Doc 236    Filed 02/04/21    Entered 02/04/21 16:20:25    Pg 1 of 1