**So Ordered.**

**Dated: February 23rd, 2021**



**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>R&R TRUCKING, INC. and RICARDO CANTU and ROSA CANTU,<br><br>          Debtors/Debtors in Possession. | Lead Case No. 19-00473-FPC11<br>Jointly Administered<br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION |

THIS MATTER come on for hearing on February 23, 2021 for confirmation of Debtors 2nd Amended Plan of Reorganization (the "Plan") (ECF No. 198). John W. O'Leary and Joshua Busey appearing for Debtors; Justine Koehle appearing for Connell Oil, Inc.; Dina Yunker Frank appearing for the State of Washington; Jonathan Golding appearing for BMO Harris Bank; Karen Orehoski appearing for PACCAR; and James Perkins appearing for the US Trustee. The court having reviewed the Debtors' Second Amended Plan of Reorganization and the Declaration of Rosa Cantu, and having heard the arguments of counsel, makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Debtors in possession, R&R Trucking, Inc. and Ricardo and Rosa Cantu, collectively referred to as "Debtors" filed Chapter 11 proceedings on March 1, 2019 and April 26, 2019, respectively. By order of the court entered November 12, 2019, the two cases were administratively consolidated.

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 1

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 1 of 17

2. Debtors filed their Second Amended Disclosure Statement and Second Amended Plan of Reorganization on December 14, 2020. The order approving the Second Amended Disclosure Statement and Setting Confirmation was entered by the above entitled Court on December 23, 2020.

3. Debtors gave proper notice of their Plan and the Hearing on Confirmation of the Plan to creditors and parties in interest as required by FRBP 2002, LBR 2002-1, and LBR 3018-1, as well as other applicable provisions of the bankruptcy code and the Federal Rules of Bankruptcy Procedure by serving the Second Amended Disclosure Statement, Second Amended Plan of Reorganization, List of Classifying Claims and Interest, and Ballot. Proof of service of such notice was filed with the court [ECF No. 213].

4. The hearing on confirmation after notice to creditors was held on February 23, 2021, by telephone conference hearing.

5. The following classes of claims are impaired under the plan:

Class 3: The Allowed Secured Claim of Bank of Eastern Washington

Class 4: The Allowed Secured Claim of BMO Harris Bank

Class 5: The Allowed Secured Claim of PACCAR Financial Corp.

Class 6: The Allowed Secured Claim of Volvo Financial Services

Class 7: The Allowed Secured Claim of ENGS

Class 8: The Allowed Unsecured Claims Against R&R Trucking, Inc.

Class 9: Equity Security Holders

Class 12: The Allowed Secure Claims of Les Schwab

Class 14: The Allowed General Unsecured Claims of Ricardo and Rosa Cantu

6. Debtors properly filed a Report of Balloting [ECF No. 236]. The Report of Balloting indicates that a Class 2 priority claim voted for the Plan, Class 3 impaired creditor Bank of Eastern Washington voted for the Plan, Class 5 impaired creditor of PACCAR voted

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 2

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 2 of 17

against the Plan as well as objecting to the Plan, and a Class 8 impaired unsecured creditor voted for the Plan. There were no Class 8 unsecured creditors that voted against the Plan.

7. No ballots other than those identified in the Report of Balloting have been received by Debtors.

8. No government regulatory commission or agency is required to approve the Plan or terms of the Plan.

9. Debtors' Plan satisfies the requirements of 11 U.S.C. § 1129(a)(7) in that each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such hold would receive or retain if Debtors were liquidated under Chapter 7 of the Bankruptcy Code on such date.

10. Administrative priority claims described by 11 U.S.C. § 503(b) and 11 U.S.C. § 507(A)(2) are provided for as required by 11 U.S.C. § 1129(a)(9).

11. The Plan has been accepted in writing by at least one non-insider class of impaired creditors as required by 11 U.S.C. § 1129(a)(10). The provisions of Chapter 11, Title 11 of the United States Code have been complied with, and the Plan complies with all provisions of Title 11 of the United States Code as well as other applicable law.

12. Confirmation of the Plan is not likely to be followed by liquidation, or the need for further financial reorganization of Debtors.

13. The Plan is fair and equitable with respect to the treatment of the non-voting classes pursuant to 11 U.S.C. § 1129(b)(2)(A). Each holder of a claim or interest has accepted the Plan or non-voting class or objecting class will retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if Debtors were liquidated under Chapter 7 of the Code on such date, and with the Amendments to Debtors' Second Amended Plan of Reorganization, the Plan does not

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 3

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 3 of 17

discriminate unfairly and is fair and equitable with respect to each class of claims or interest that is impaired under the Plan and has not accepted the Plan.

14. Debtors disclosed the identity of family members and individuals who are officers or directors of R&R Trucking, Inc. and the continuance of those individuals in management positions. Debtors also disclosed the identity of insiders and their compensation.

15. No 11 U.S.C. § 1111(b) elections have been made by any secured creditor.

16. These were voluntary Chapter 11 filings by the Debtors. As such, no fees are due to any involuntary creditors.

17. Neither Debtor owes child support or domestic support obligations.

18. Neither Debtor has unpaid wage claims nor claims for commissions.

19. Neither Debtor has claims for non-payment to any employee benefit plan.

20. Neither Debtor operates a grain storage facility.

21. Neither Debtor owes a debt to fishermen.

22. There are no claims made by any creditors for pre-petition deposits for purchase or lease of products for any creditor's personal family or household use.

23. Neither Debtor owes the bankruptcy court for any fees.

24. Debtors are not paying retiree benefits; therefore, no retiree benefits will be affected by the Plan.

25. While Ricardo and Rosa Cantu are individuals, 11 U.S.C. § 1129(a)(15) is inapplicable because no unsecured creditor objects to confirmation of the plan.

26. All payments made or promised by Debtors under the Plan for services, or for cost and expenses incident to the case, have been fully disclosed to the Court and are reasonable and have been approved, are hereby approved, or are to be fixed after confirmation of the Plan, would be subject to approval by the court. Any and all payments for professional services,

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 4

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 4 of 17

including authorization required by 11 U.S.C. § 327 and 330, shall remain subject to bankruptcy code approval notwithstanding confirmation of the Plan.

27. Prior to filing Debtors' bankruptcy petitions, Debtor R&R Trucking, Inc. was owned 100% by Ricardo and Rosa Cantu. The ownership will not be changed after confirmation. After confirmation the reorganized Debtors intend to continue employing insiders as described in the Second Amended Disclosure Statement.

28. Objections to confirmation of the plan were filed by PACCAR Financial Corp. [ECF No. 214] and the Washington State Taxing Agencies [ECF No. 237].

29. The Second Amended Plan of Reorganization, amended as follows by the Order Confirming Plan, resolved all outstanding creditor objections:

   a. Section 2.3 of the Second Amended Plan of Reorganization shall be stricken in its entirety and replaced as follows:

   **2.3 (Impaired) Washington State Department of Labor and Industries.**
   The Debtor or Reorganized Debtor, as the case may be ("Debtor"), shall pay in full the $58,901.18 priority tax claim of the Washington State Department of Labor and Industries ("L&I"), together with interest at the rate specified in RCW 51.48.210, in equal monthly installments of not less than $1,782.95 each. Payments will be made monthly, due on the first day of the month, starting on the first date after the Effective Date and ending on the last such date that is no more than five (5) years after the Petition Date. The Debtor shall have the right to pay the balance of the allowed priority tax claim in full at any time on or after the Effective Date without premium or penalty of any kind.
   The $4,345.12 remainder of L&I's claim shall be paid as a Class 8 general unsecured creditor.
   In the event of default by the Debtor of any of the provisions of the Plan regarding payment of L&I's claims, after 15 days written notice of default and failure by the Debtor to cure, all deferred tax liabilities are immediately due and payable, and L&I may proceed against the assets of the Debtor or, as the case may be the Reorganized Debtor, using any available state or federal remedies.
   Notwithstanding anything to the contrary stated elsewhere in this Plan, the priority tax claim of L&I shall not be discharged until paid in full.

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 5

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 5 of 17

b. The Class 4 treatment provided in the Second Amended Plan of Reorganization for the Impaired Claim of BMO Harris Bank is hereby modified to include the following language:

   i. Except as modified by the Plan, the terms of the loan agreements otherwise control and remain in effect, including, but not limited to, the requirements that the Debtors maintain adequate insurance on the collateral.

c. The Class 5 treatment provided in the Second Amended Plan of Reorganization for the Impaired Claim of PACCAR Financial Corp, shall be revised in the following respects:

   i. The approximate total balance owed to PACCAR, as of January 7, 2021, is $254,213.18.

   ii. Monthly payments to PACCAR shall be $5,000.00 per month.

   iii. The following language shall also be added: Except as modified by the Plan, the terms of the loan agreements otherwise control and remain in effect. This includes, but is not limited to, the requirement that Debtors will maintain adequate insurance on the collateral and will provide PACCAR proof of insurance for any collateral within ten days of any request by PACCAR or its counsel. That collateral includes the collateral identified in the second amended disclosure statement and a 2013 Peterbilt 386 VIN ending in 140619; and a 2014 Peterbilt 386 VIN ending 218573.

d. The budget attached to the Second Amended Plan of Reorganization is replaced in its entirety with the plan budget attached hereto as Exhibit A. The revised budget includes the payments set forth above to L&I and PACCAR.

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 6

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 6 of 17

The revised budget also includes an estimated payment schedule to unsecured creditors.

    e. Article XII of the Second Amended Plan of Reorganization shall be amended to allow notice of default to be sent by email as follows:

        i. *To the Debtors:* Rosa and Ricardo Cantu and R&R Trucking, Inc. rosa@randrtruckinginc.com

        *With copy to:* Attorney John O'Leary on behalf of R&R Trucking, Inc. JOLeary@gravislaw.com; Attorney Joshua Busey on behalf of Rosa and Ricardo Cantu joshua.busey.attorney@gmail.com

        ii. Service of any such notice by email requires confirmation of read receipt to be effective.

30. Debtors' Plan, with the above amendments should be confirmed. The provisions of Chapter 11 have been complied with, and the Plan has been proposed in good faith and not by any means forbidden by law.

31. The requirements for confirmation of the Plan imposed by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and other applicable law, including the requirements of 11 U.S.C. § 1129, have been met.

32. The effective date of the Plan will be the first business day following the date on which the confirmation becomes a final non-appealable order. Debtors are authorized and directed to begin consummation of the Plan on the effective date, including the execution, ratification, or implementation of all loan and security documents authorized or contemplated by the Plan.

/ / / END OF ORDER / / /

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 7

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 7 of 17

Presented by:

GRAVIS LAW, PLLC
Attorneys for Debtor R&R Trucking, Inc.

BY:  /s/ John W. O'Leary
    JOHN W. O'LEARY, WSBA #33004

BAILEY & BUSEY, PLLC
Attorneys for Debtors Ricardo and Rosa Cantu

BY:  /s/ Joshua Busey (w/permission)
    JOSHUA BUSEY, WSBA #34312

Approved by:

LEAVY, SCHULTZ, DAVIS
Attorneys for Connell Oil

BY:  /s/ Justine Koehle (w/permission)

JUSTINE KOEHLE, WSBA #52871

ROBERT W. FERGUSON
Attorney General of Washington State

BY:  /s/ Dina Yunker Frank (w/permission)
    DINA YUNKER FRANK, WSBA #16889


HUSCH BLACKWELL, LLP
Attorneys for BMO Harris Bank

BY:_____
    JONATHAN D. GOLDING, #_____


BRENEMAN GRUBE OREHOSKI, PLLC
Attorneys for PACCAR Financial Corp.

BY:  /s/ Karen Orehoski (w/permission)
    KAREN OREHOSKI, WSBA #35855


OFFICE OF THE UNITED STATES TRUSTEE

BY:_____
    JAMES PERKINS, WSBA #12996

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF DEBTORS' SECOND AMENDED PLAN OF REORGANIZATION - 8

GRAVIS LAW, PLLC
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336-0498
(509) 588-0431 / Fax (866) 419-9269

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 8 of 17

# R&R TRUCKING, INC. BUDGET

Year 1 - 2021

| REVENUE | JAN. 2021 | FEB. 2021 | MAR. 2021 | APR. 2021 | MAY. 2021 | JUN. 2021 | JUL. 2021 | AUG. 2021 | SEP. 2021 | OCT. 2021 | NOV. 2021 | DEC. 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | |
| Lease Payment | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 |
| Total | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 |

| EXPENSES | JAN. 2021 | FEB. 2021 | MAR. 2021 | APR. 2021 | MAY. 2021 | JUN. 2021 | JUL. 2021 | AUG. 2021 | SEP. 2021 | OCT. 2021 | NOV. 2021 | DEC. 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | |
| Administrative Claims | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS Priority Debt | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $50,667.36 |
| IRS Secured Debt | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 |
| WA. State Dept. of L & I | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $21,395.40 |
| OR Dept. of Transportation | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $4,464.48 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 |
| Bank of Eastern WA, Ln Ending 3148 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $114,447.00 |
| Bank of Eastern WA, Ln Ending 3122 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $59,137.20 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 |
| PACCAR Financial Corp. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 |
| ENGS Commercial Finance | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $6,000.00 |
| Unsecured Claims | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,800.00 |
| Total | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $473,766.72 |

| TOTALS | JAN. 2021 | FEB. 2021 | MAR. 2021 | APR. 2021 | MAY. 2021 | JUN. 2021 | JUL. 2021 | AUG. 2021 | SEP. 2021 | OCT. 2021 | NOV. 2021 | DEC. 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 |
| Total Expenses | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $473,766.72 |
| Cash short/extra | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $233.28 |

# R&R TRUCKING, INC. BUDGET

Year 2 - 2022

| REVENUE | JAN. 2022 | FEB. 2022 | MAR. 2022 | APR. 2022 | MAY. 2022 | JUN. 2022 | JUL. 2022 | AUG. 2022 | SEP. 2022 | OCT. 2022 | NOV. 2022 | DEC. 2022 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 | |
| Total | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 | |

| EXPENSES | JAN. 2022 | FEB. 2022 | MAR. 2022 | APR. 2022 | MAY. 2022 | JUN. 2022 | JUL. 2022 | AUG. 2022 | SEP. 2022 | OCT. 2022 | NOV. 2022 | DEC. 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | | | | | | | | | | | | | $0.00 | $ - |
| IRS Priority Debt | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $50,667.36 | $ 101,334.72 |
| IRS Secured Debt | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 | $ 48,000.00 |
| WA. State Dept. of L & I | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $21,395.40 | $ 42,790.80 |
| OR Dept. of Transportation | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $4,464.48 | $ 8,928.96 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $114,447.00 | $ 228,894.00 |
| Bank of Eastern WA, Ln Ending 3122 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $59,137.20 | $ 118,274.40 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 | $ 216,745.44 |
| PACCAR Financial Corp. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 | $ 120,000.00 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 | $ 46,965.12 |
| ENGS Commercial Finance | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $508.58 | $6,102.96 | $ 12,205.92 |
| Unsecured Claims | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $1,800.00 | $ 3,600.00 |
| Total | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $473,869.68 | $ 947,739.36 |

| TOTALS | JAN. 2022 | FEB. 2022 | MAR. 2022 | APR. 2022 | MAY. 2022 | JUN. 2022 | JUL. 2022 | AUG. 2022 | SEP. 2022 | OCT. 2022 | NOV. 2022 | DEC. 2022 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $39,500.00 | $474,000.00 | $ 948,000.00 |
| Total Expenses | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $39,489.14 | $473,869.68 | $ 947,739.36 |
| Cash short/extra | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $10.86 | $130.32 | $ 260.64 |

# R&R TRUCKING, INC. BUDGET

Year 3 - 2023

| REVENUE | JAN. 2023 | FEB. 2023 | MAR. 2023 | APR. 2023 | MAY. 2023 | JUN. 2022 | JUL. 2023 | AUG. 2023 | SEP. 2023 | OCT. 2023 | NOV. 2023 | DEC. 2023 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $480,000.00 | |
| Total | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $480,000.00 | |

| EXPENSES | JAN. 2023 | FEB. 2023 | MAR. 2023 | APR. 2023 | MAY. 2023 | JUN. 2022 | JUL. 2023 | AUG. 2023 | SEP. 2023 | OCT. 2023 | NOV. 2023 | DEC. 2023 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $1,000.00 | $1,000.00 | $1,000.00 | $7,500.00 | $ 7,500.00 |
| IRS Priority Debt | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.28 | $4,222.10 | $50,667.18 | $ 152,001.90 |
| IRS Secured Debt | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 | $ 72,000.00 |
| WA. State Dept. of L & I | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $1,782.95 | $63.83 | | | $16,110.38 | $ 58,901.18 |
| OR Dept. of Transportation | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $372.04 | $4,464.48 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $9,537.25 | $114,447.00 | $ 343,341.00 |
| Bank of Eastern WA, Ln Ending 3122 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $4,928.10 | $59,137.20 | $ 177,411.60 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 | $ 325,118.16 |
| PACCAR Financial Corp. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 | $ 180,000.00 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 | $ 70,447.68 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $1,700.00 | $1,700.00 | $1,700.00 | $10,950.00 | $ 14,550.00 |
| Total | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,811.44 | $39,747.61 | $39,747.43 | $479,131.52 | $1,426,870.88 |

| TOTALS | JAN. 2023 | FEB. 2023 | MAR. 2023 | APR. 2023 | MAY. 2023 | JUN. 2022 | JUL. 2023 | AUG. 2023 | SEP. 2023 | OCT. 2023 | NOV. 2023 | DEC. 2023 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $480,000.00 | $1,428,000.00 |
| Total Expenses | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,980.56 | $39,811.44 | $39,747.61 | $39,747.43 | $479,131.52 | $1,426,870.88 |
| Cash short/extra | $19.44 | $19.44 | $19.44 | $19.44 | $19.44 | $19.44 | $19.44 | $19.44 | $19.44 | $188.56 | $252.39 | $252.57 | $868.48 | $ 1,129.12 |

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 11 of 17

# R&R TRUCKING, INC. BUDGET

Year 4 - 2024

| REVENUE | JAN. 2024 | FEB. 2024 | MAR. 2024 | APR. 2024 | MAY. 2024 | JUN. 2024 | JUL. 2024 | AUG. 2024 | SEP. 2024 | OCT. 2024 | NOV. 2024 | DEC. 2024 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $492,000.00 | |
| Total | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $492,000.00 | |

| EXPENSES | JAN. 2024 | FEB. 2024 | MAR. 2024 | APR. 2024 | MAY. 2024 | JUN. 2024 | JUL. 2024 | AUG. 2024 | SEP. 2024 | OCT. 2024 | NOV. 2024 | DEC. 2024 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $18,000.00 | $ 25,500.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| IRS Secured Debt | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $59,400.00 | $ 131,400.00 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 58,901.18 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $10,537.25 | $126,447.00 | $ 469,788.00 |
| Bank of Eastern WA, an Ending 3122 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $5,328.10 | $63,937.20 | $ 241,348.80 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $108,372.72 | $ 433,490.88 |
| PACCAR Financial Corp. | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 | $ 240,000.00 |
| Volvo Financial Services | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $1,956.88 | $23,482.56 | $ 93,930.24 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $2,600.00 | $31,200.00 | $ 45,750.00 |
| Total | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $490,839.48 | $1,917,710.36 |

| TOTALS | JAN. 2024 | FEB. 2024 | MAR. 2024 | APR. 2024 | MAY. 2024 | JUN. 2024 | JUL. 2024 | AUG. 2024 | SEP. 2024 | OCT. 2024 | NOV. 2024 | DEC. 2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $41,000.00 | $492,000.00 | $1,920,000.00 |
| Total Expenses | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $40,903.29 | $490,839.48 | $1,917,710.36 |
| Cash short/extra | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $96.71 | $1,160.52 | | $ 2,289.64 |

# R&R TRUCKING, INC. BUDGET

Year 5 - 2025

| REVENUE | JAN. 2025 | FEB. 2025 | MAR. 2025 | APR. 2025 | MAY. 2025 | JUN. 2025 | JUL. 2025 | AUG. 2025 | SEP. 2025 | OCT. 2025 | NOV. 2025 | DEC. 2025 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |

| EXPENSES | JAN. 2025 | FEB. 2025 | MAR. 2025 | APR. 2025 | MAY. 2025 | JUN. 2025 | JUL. 2025 | AUG. 2025 | SEP. 2025 | OCT. 2025 | NOV. 2025 | DEC. 2025 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $6,000.00 | $ 31,500.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| IRS Secured Debt | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $59,400.00 | $ 190,800.00 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 58,901.18 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $10,900.00 | $130,800.00 | $ 600,588.00 |
| Bank of Eastern WA, Ln Ending 3122 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $66,600.00 | $ 307,948.80 |
| BMO Harris Bank | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.06 | $9,031.17 | $108,372.83 | $ 541,863.71 |
| PACCAR Financial Corp. | $5,000.00 | $5,000.00 | $4,213.18 | | | | | | | | | | $14,213.18 | $ 254,213.18 |
| Volvo Financial Services | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $26,400.00 | $ 120,330.24 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $2,600.00 | $2,600.00 | $3,400.00 | $7,600.00 | $7,600.00 | $7,600.00 | $7,600.00 | $7,600.00 | $7,600.00 | $7,600.00 | $7,600.00 | $7,600.00 | $77,000.00 | $ 122,750.00 |
| Total | $40,731.06 | $40,731.06 | $40,744.24 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.17 | $488,786.01 | $2,406,496.37 |

| TOTALS | JAN. 2025 | FEB. 2025 | MAR. 2025 | APR. 2025 | MAY. 2025 | JUN. 2025 | JUL. 2025 | AUG. 2025 | SEP. 2025 | OCT. 2025 | NOV. 2025 | DEC. 2025 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $2,424,000.00 |
| Total Expenses | $40,731.06 | $40,731.06 | $40,744.24 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.06 | $40,731.17 | $488,786.01 | $2,406,496.37 |
| Cash short/extra | $1,268.94 | $1,268.94 | $1,255.76 | $1,268.94 | $1,268.94 | $1,268.94 | $1,268.94 | $1,268.94 | $1,268.94 | $1,268.94 | $1,268.94 | $1,268.83 | $15,213.99 | $ 17,503.63 |

# R&R TRUCKING, INC. BUDGET

Year 6 - 2026

| REVENUE | JAN. 2026 | FEB. 2026 | MAR. 2026 | APR. 2026 | MAY. 2026 | JUN. 2026 | JUL. 2026 | AUG. 2026 | SEP. 2026 | OCT. 2026 | NOV. 2026 | DEC. 2026 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |

| EXPENSES | JAN. 2026 | FEB. 2026 | MAR. 2026 | APR. 2026 | MAY. 2026 | JUN. 2026 | JUL. 2026 | AUG. 2026 | SEP. 2026 | OCT. 2026 | NOV. 2026 | DEC. 2026 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $8,400.00 | $ 39,900.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| IRS Secured Debt | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $72,000.00 | $ 262,800.00 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 58,901.18 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $192,000.00 | $ 792,588.00 |
| Bank of Eastern WA, Ln Ending 3122 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $99,600.00 | $ 407,548.80 |
| BMO Harris Bank | | | | | | | | | | | | | $0.00 | $ 541,863.71 |
| PACCAR Financial Corp. | | | | | | | | | | | | | $0.00 | $ 254,213.18 |
| Volvo Financial Services | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 | $ 149,130.24 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $102,000.00 | $ 224,750.00 |
| Total | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $502,800.00 | $2,909,296.37 |

| TOTALS | JAN. 2026 | FEB. 2026 | MAR. 2026 | APR. 2026 | MAY. 2026 | JUN. 2026 | JUL. 2026 | AUG. 2026 | SEP. 2026 | OCT. 2026 | NOV. 2026 | DEC. 2026 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $2,928,000.00 |
| Total Expenses | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $502,800.00 | $2,909,296.37 |
| Cash short/extra | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,200.00 | $ 18,703.63 |

# R&R TRUCKING, INC. BUDGET

Year 7 - 2027

| REVENUE | JAN. 2027 | FEB. 2027 | MAR. 2027 | APR. 2027 | MAY. 2027 | JUN. 2027 | JUL. 2027 | AUG. 2027 | SEP. 2027 | OCT. 2027 | NOV. 2027 | DEC. 2027 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |

| EXPENSES | JAN. 2027 | FEB. 2027 | MAR. 2027 | APR. 2027 | MAY. 2027 | JUN. 2027 | JUL. 2027 | AUG. 2027 | SEP. 2027 | OCT. 2027 | NOV. 2027 | DEC. 2027 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $8,400.00 | $ 48,300.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| IRS Secured Debt | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $72,000.00 | $ 334,800.00 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 58,901.18 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $16,000.00 | $12,438.51 | $188,438.51 | $ 981,026.51 |
| Bank of Eastern WA, Ln Ending 3122 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,300.00 | $8,068.14 | $99,368.14 | $ 506,916.94 |
| BMO Harris Bank | | | | | | | | | | | | | $0.00 | $ 541,863.71 |
| PACCAR Financial Corp. | | | | | | | | | | | | | $0.00 | $ 254,213.18 |
| Volvo Financial Services | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $28,800.00 | $ 177,930.24 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $102,000.00 | $ 326,750.00 |
| Total | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $38,106.65 | $499,006.65 | $3,408,303.02 |

| TOTALS | JAN. 2027 | FEB. 2027 | MAR. 2027 | APR. 2027 | MAY. 2027 | JUN. 2027 | JUL. 2027 | AUG. 2027 | SEP. 2027 | OCT. 2027 | NOV. 2027 | DEC. 2027 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $3,432,000.00 |
| Total Expenses | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $41,900.00 | $38,106.65 | $499,006.65 | $3,408,303.02 |
| Cash short/extra | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $3,893.35 | $4,993.35 | $ 23,696.98 |

# R&R TRUCKING, INC. BUDGET 2/17/21

Year 8 - 2028

| REVENUE | JAN. 2028 | FEB. 2028 | MAR. 2028 | APR. 2028 | MAY. 2028 | JUN. 2028 | JUL. 2028 | AUG. 2028 | SEP. 2028 | OCT. 2028 | NOV. 2028 | DEC. 2028 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| Lease Payment | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |
| Total | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | |

| EXPENSES | JAN. 2028 | FEB. 2028 | MAR. 2028 | APR. 2028 | MAY. 2028 | JUN. 2028 | JUL. 2028 | AUG. 2028 | SEP. 2028 | OCT. 2028 | NOV. 2028 | DEC. 2028 | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Business** | | | | | | | | | | | | | | |
| Administrative Claims | $5,000.00 | $15,000.00 | $15,000.00 | $20,000.00 | | | | | | | | | $55,000.00 | $ 103,300.00 |
| IRS Priority Debt | | | | | | | | | | | | | $0.00 | $ 152,001.90 |
| IRS Secured Debt | $10,800.00 | $10,800.00 | $10,800.00 | $1,154.45 | | | | | | | | | $33,554.45 | $ 368,354.45 |
| WA. State Dept. of L & I | | | | | | | | | | | | | $0.00 | $ 58,901.18 |
| OR Dept. of Transportation | | | | | | | | | | | | | $0.00 | $ 13,393.44 |
| Franklin County, WA | | | | | | | | | | | | | $0.00 | $ - |
| Bank of Eastern WA, Ln Ending 3148 | | | | | | | | | | | | | $0.00 | $ 981,026.51 |
| Bank of Eastern WA, Ln Ending 3122 | | | | | | | | | | | | | $0.00 | $ 506,916.94 |
| BMO Harris Bank | | | | | | | | | | | | | $0.00 | $ 541,863.71 |
| PACCAR Financial Corp. | | | | | | | | | | | | | $0.00 | $ 254,213.18 |
| Volvo Financial Services | $12,000.00 | $12,000.00 | $12,000.00 | $9,826.77 | | | | | | | | | $45,826.77 | $ 223,757.01 |
| ENGS Commercial Finance | | | | | | | | | | | | | $0.00 | $ 12,205.92 |
| Unsecured Claims | $11,132.76 | | | | | | | | | | | | $11,132.76 | $ 337,882.76 |
| Total | $38,932.76 | $37,800.00 | $37,800.00 | $30,981.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $145,513.98 | $3,553,817.00 |

| TOTALS | JAN. 2028 | FEB. 2028 | MAR. 2028 | APR. 2028 | MAY. 2028 | JUN. 2028 | JUL. 2028 | AUG. 2028 | SEP. 2028 | OCT. 2028 | NOV. 2028 | DEC. 2028 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Income | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $504,000.00 | $3,936,000.00 |
| Total Expenses | $38,932.76 | $37,800.00 | $37,800.00 | $30,981.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $145,513.98 | $3,553,817.00 |
| Cash short/extra | $3,067.24 | $4,200.00 | $4,200.00 | $11,018.78 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $358,486.02 | $ 382,183.00 |

19-00473-FPC11    Doc 246    Filed 02/23/21    Entered 02/23/21 13:26:16    Pg 16 of 17

R&R Revised Plan 2/17/21

| Total Budget for GU Claims per Year | | | | | $ 1,800.00 | $ 1,800.00 | $ 14,550.00 | $ 31,200.00 | $ 77,000.00 | $ 102,000.00 | $ 102,000.00 | $ 11,132.76 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **R&R General Unsecured Creditors** | | 25% Pd in Plan | Percentage of Debt | Pmt in Yr 1 | Pmt in Yr 2 | Pmt in Yr 3 | Pmt in Yr 4 | Pmt in Yr 5 | Pmt in Yr 6 | Pmt in Yr 7 | Pmt in Yr 8 | | Total Pd in Plan |
| Capital One Bank | $ 7,744.39 | $ 1,936.10 | 0.005730087 | $ 10.31 | $ 10.31 | $ 83.37 | $ 178.78 | $ 441.22 | $ 584.47 | $ 584.47 | $ 63.79 | | $ 1,956.73 |
| AIG Property & Casualty | $ 8,402.88 | $ 2,100.72 | 0.006217304 | $ 11.19 | $ 11.19 | $ 90.46 | $ 193.98 | $ 478.73 | $ 634.17 | $ 634.17 | $ 69.22 | | $ 2,123.10 |
| OR Dept. of Transportation | $ 4,961.78 | $ 1,240.45 | 0.003843803 | $ 6.92 | $ 6.92 | $ 55.93 | $ 119.93 | $ 295.97 | $ 392.07 | $ 392.07 | $ 42.79 | | $ 1,312.59 |
| WA Dept of L &I - Unsecured | $4,345.12 | $ 1,086.28 | 0.003214961 | $ 5.79 | $ 5.79 | $ 46.78 | $ 100.31 | $ 247.55 | $ 327.93 | $ 327.93 | $ 35.79 | | $ 1,097.85 |
| Connell Oil | $ 1,133,006.11 | $ 283,251.53 | 0.838313051 | $ 1,508.96 | $ 1,508.96 | $ 12,197.45 | $ 26,155.37 | $ 64,550.10 | $ 85,507.93 | $ 85,507.93 | $ 9,332.74 | | $ 286,269.45 |
| IRS | $ 21,416.36 | $ 5,354.09 | 0.015845999 | $ 28.52 | $ 28.52 | $ 230.56 | $ 494.40 | $ 1,220.14 | $ 1,616.29 | $ 1,616.29 | $ 176.41 | | $ 5,411.14 |
| Loan from Rosa | $ 110,975.13 | $ 27,743.78 | 0.082110678 | $ 147.80 | $ 147.80 | $ 1,194.71 | $ 2,561.85 | $ 6,322.52 | $ 8,375.29 | $ 8,375.29 | $ 914.12 | | $ 28,039.38 |
| Subtotal | $ 1,290,851.77 | $ 322,712.94 | 0.955275884 | $ 1,719.50 | $ 1,719.50 | $ 13,899.26 | $ 29,804.61 | $ 73,556.24 | $ 97,438.14 | $ 97,438.14 | $ 10,634.86 | | $ 326,210.25 |
| | | | | | | | | | | | | | |
| **Cantu General Unsecured Claims** | | | | | | | | | | | | | |
| Discover Bank | $ 2,249.54 | $ 562.39 | 0.001664438 | $ 3.00 | $ 3.00 | $ 24.22 | $ 51.93 | $ 128.16 | $ 169.77 | $ 169.77 | $ 18.53 | | $ 568.38 |
| Discover Bank | $ 18,140.67 | $ 4,535.17 | 0.013422311 | $ 24.16 | $ 24.16 | $ 195.29 | $ 418.78 | $ 1,033.52 | $ 1,369.08 | $ 1,369.08 | $ 149.43 | | $ 4,583.49 |
| Key Bank | $ 20,390.21 | $ 5,097.55 | 0.015086749 | $ 27.16 | $ 27.16 | $ 219.51 | $ 470.71 | $ 1,161.68 | $ 1,538.85 | $ 1,538.85 | $ 167.96 | | $ 5,151.86 |
| Ally Bank | $ 19,898.85 | $ 4,974.71 | 0.014723191 | $ 26.50 | $ 26.50 | $ 214.22 | $ 459.36 | $ 1,133.69 | $ 1,501.77 | $ 1,501.77 | $ 163.91 | | $ 5,027.72 |
| Subtotal | $ 60,679.27 | $ 15,169.82 | 0.04489669 | $ 80.81 | $ 80.81 | $ 653.25 | $ 1,400.78 | $ 3,457.05 | $ 4,579.46 | $ 4,579.46 | $ 499.82 | | $ 15,331.45 |
| **TOTAL** | **$ 1,351,531.04** | **$ 337,882.76** | **1.000172574** | **$ 1,800.31** | **$ 1,800.31** | **$ 14,552.51** | **$ 31,205.38** | **$ 77,013.29** | **$ 102,017.60** | **$ 102,017.60** | **$ 11,134.68** | | **$ 341,541.69** |